FILED
NOV - 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
For The District of Columbia

Court Copy

Herschel Collins
P.M.B - 161
1131-O Tolland Turnpike
Manchester ct 06040
860-995-8131

CASE NUMBER 1:05CV02142
JUDGE: Richard J. Leon
DECK TYPE: Civil Rights (non-employment)
DATE STAMP: 11/02/2005

V

Docket #

U.S Department of Interior
   (Secretary Gail Norton)
Bureau of Indian Affairs
   1849 C St. N.W
   Washington, D.C. 20240

National Indian Gaming Commission

(N.I.C.C. and State of Connecticut are operating illegal gambling on Indian land of the Mashantucket Pequets and Mohegan Tribal Nation, expanding into Wisconsin, creating rifts with the Pottawatomie Tribe and Menomince Tribe.)

1849 C St, N.W.
Washington, D.C. 20240

1

U.S. Department of Justice
(Tribal-Justice Trent Shores, Tracy Toulou.) Fail to Act after referral of the U.S. Attorney General.
950 Pennsylvania Ave N.W
Wash., D.C. 20530


Richard Blumenthal Connecticut Attorney General
(State operating illegal Gambling)
55 Elm St
Hartford, CT 06103


Connecticut Division of Special Revenue
(operating and collecting illegal Gambling money from the two Recognized Indian Tribes)

55 Elm St
Hartford, CT 06103

MASHANTUCKET PEQUOTS.
(FOXWOOD CASINO OPERATING Class III gaming in violation
of the Johnson Act)

Mashantucket, CT. 06098

* Mohegan Tribal Nation (violater of Johnson Act)

Montville, CT. 06095

United States District Court

D.C. ~~Circuit~~

Herschel Collins

    VS                                           Docket #

*U.S. Government, ~~Etal~~

*535 Members of the U.S. Congress (Placed on notice of this action-not a defendant)

*U.S. Department of Interior (Secretary Gail Norton) Bureau of Indian Affairs

*National Indian Gaming Commission ( N.I.G.C. and the State of Connecticut are Operating Illegal Gambling on Indian land of the Mashantucket Pequot's, and Mohegan Tribal Nation, expanding into Wisconsin, creating rifts with the Pottawatomie Tribe and Menominee Tribe.)

*U.S. Department of Justice (Tribal-Justice Trent Shores, Tracy Toolou) fail to act after referral of the U.S. Attorney General

*Commander and Chief of the Executive Branch (not a defendant placed on notice of the above)

*State of Connecticut Claims Commissioner (Placed on Notice)

*Governor of the State of Connecticut (Placed on notice) Jodi Rell

*Richard Blumenthal Connecticut Attorney General (state operating Illegal Gambling)

*Connecticut Division of Special Revenue (Operating and Collecting Illegal Gambling Money from the two Federally Recognized Indian Tribes)

*Mashantucket Pequot's (Foxwood Casino operating Class III gaming in violation of the Johnson Act)

*Mohegan Tribal Nation (Mohegan Sun Casino operating Class III gaming in violation of the Johnson Act)

Enforcement of the Hold harmless Agreement, Removing Rico and Felonies from the 535 members of the U.S. Congress, for Illegal Approval of above two Indian Casinos.

---

Complaint

---

I Herschel Collins petition this court to enforce the Hold Harmless Agreement accepted by the 535 members of the U.S. Congress filed with the U.S. District Court 10/2002. And I served on The Speaker of the House, Majority Leader of the Senate, and U.S. Attorney General on July 11, 2005 and was accepted verbally. Several years ago the U.S. Congress gave the U.S. Secretary of Interior Babbitt their Public Act Power of Attorney to approve only the legal Tribal-State compact for commerce and trade. The State of Connecticut and the Mashantucket Pequot's entered into an agreement to permit the Mashantucket Pequot's to operate Class III Casino Gaming. The State of Connecticut has a law on the books which does not allow the operation of Class III gambling for any of its three million citizens in the state. Since all of the above defendants have received notice of the hold harmless agreement, which voids the Memorandum of Understanding being used instead of the Tribal-State Compact required by the Johnson Act. The State of Connecticut was notified of the Hold Harmless Agreement accepted on July 11,2005(See letter From Governor Jodie Rell) since notification the State of Connecticut has continued

to collect $ 30 million dollars a month of illegal gambling money from the Mashantucket Pequot's(Foxwood Casino) and the Mohegan Tribes(Mohegan Sun Casino). To date the Hold Harmless Agreement has been accepted by the U.S. Congress, who was not able to do a Legal Money Appropriations bill for the government to function. I submitted the Hold Harmless agreement to the U.S. Congress who has accepted and been operating with removal of Rico and Felonies received from Johnson Act violations. In the Hold Harmless Agreement Herschel Collins was to receive whistle blowing fees from the two Illegal Indian Casinos, operating illegal gambling in the State of Connecticut in violation of the Johnson Act. I wish this court to not reopen the issues which will bring the press in, but to order the U.S. Attorney General to order the National Indian Gaming Commission auditors of Indian Casinos, to allow Herschel Collins inspection of the above two Indian Casino books. The purpose of this inspection will determine how much Herschel Collins will be entitle for my whistle blowing fees and how much Herschel Collins is to collect on behalf of the U.S. Government, and place in two Government bank accounts. The two Government bank account will be as followed: 1) Government account for Herschel Collins, whistle blowing fees. 2) U.S. Government collection of 40% to allow the two Indian Casino to continue to operate, under Herschel Collins reward of a one of a kind Federal Gaming License with Federal Jurisdiction. The Indian Casinos will operate under Federal Government authority and will not have to make any future payments to the State of Connecticut as of July 11, 2005. Claims stated by plaintiff 1) whistle blowing fees. 2) Reward for settling, Federal Gaming License Issued by the Executive Branch of Government on behalf of the U.S. Congress. 3) Removal of any jail history in the State of Connecticut, where a U.S. District Court Judge ruled in Herschel Collins favor, and State

(3)

of Connecticut Attorney General Allow the same defendants to prosecute Herschel Collins in the State of Connecticut Courts. Herschel Collins serves five years in prison in the State of Connecticut for the same issues the U.S. District Court had ruled prior. Plaintiff request oral argument and hearing immediately, to enforce the Hold Harmless Agreement.

Herschel L. Collins, Pro se

Plaintiff

PMB 161

1131-0 Tolland Turnpike

Manchester, Ct. 06040

860-995-8131

October 29, 2005

(4)