AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___D.C.___

Herschel Collins

v.

U.S. Department of Interior, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05CV02142

JUDGE: Richard J. Leon

DECK TYPE: Civil Rights (non-employmen

DATE STAMP: 11/02/2005

TO: (Name and address of Defendant)

Richard Blumenthal
Connecticut Attorney General
55 Elm St
Htfd, CT. 06103

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF ~~[redacted]~~ PRO SE  (name and address)

Herschel Collins
P.M B 161
1131-0 Tolland Turnpike
Manchester, CT. 06040
860-995-8131

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

_Maureen Higgins_
(By) DEPUTY CLERK

DATE: NOV 02 2005

**RECEIVED**
NOV 10 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

◆AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 11/7/2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Estelle Jessup | Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CT. Attorney General
55 Elm St.
Hartford, CT. 06103

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/7/05
Date

Signature of Server: Estelle Jessup

Address of Server: 35 Jeffrey Alex Dr.
Manchester CT 06040

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOV 10 2005

RECEIVED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.