# UNITED STATES DISTRICT COURT

District of **D.C**

Herschel Collins

v.

U.S. Department of Interior, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05CV02142

JUDGE: Richard J. Leon

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 11/02/2005

TO: (Name and address of Defendant)

Connecticut Division of Special Revenue
Newington Office
c/o 55 Elm St
Hartford CT. 06103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF PRO SE (name and address)

Herschel Collins
P.MB 161
1131-0 Tolland Turnpike
Manchester, CT. 06040
860-995-8131

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

(By) DEPUTY CLERK   Higgins

DATE   NOV 0 2 2005

RECEIVED
NOV 1 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 11/7/2005 |
| NAME OF SERVER (PRINT) Estelle Jessup | TITLE Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CT Attorney General Office
   55 Elm Street
   Hartford, CT 06103

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/7/05
             Date              Signature of Server  Estelle Jessup

                               Address of Server  35 Jeffrey Alan Dr
                               Manchester CT 06040

RECEIVED
NOV 1 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.