United States District Court

District of Columbia

RECEIVED
NOV 1 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Herschel Collins

P.M.B. 161

1131-0 Tolland Turnpike

Manchester, Ct. 06040

860-995-8131

      Plaintiff,

  V.                                          Civil Case No. 05Cv2142 (RJL)

U.S. Department of Interior

(Secretary Gail Norton)

Bureau of Indian Affairs

1849 C Street, N.W.

Washington, D.C. 20240

National Indian Gaming Commission

1849 C Street, N.W.

Washington, D.C. 20240

U.S. Department of Justice

Tribal-Justice Trent Shores, Tracy Toolou

950 Pennsylvania Avenue, N.W.

Washington, D.C. 20530

Richard Blumenthal

Connecticut Attorney General

55 Elm Street

Hartford, Ct. 06103

Mashantucket Pequots

Foxwood Casino

Mashantucket, Ct. 06098

Mohegan Tribal Nation

Montville, Ct. 06095

    Defendants.

**Emergency Order of the Court Accepting the Hold Harmless Agreement on behalf of the United States Government and Sealing the Hold Harmless Agreement from Future Claims**

Plaintiff Herschel Collins, Petition this Court for Emergency Order of the Court, Accepting the Hold Harmless Agreement Removing the 535 member of Congress from any past, present and future acts that may effected their ability to do a Legal Money Appropriation Bill for the U.S. Government to function, under the Separation of Powers Act Provided in the U.S. Constitution. The Hold Harmless Agreement being accepted by this court in its entire structure forever bars any claims for misuse of the Congressional Power of Attorney. This Court has the power to accept this agreement and seal it. The court will have the U.S. Attorney General draft an Executive Order to protect Herschel Collins and his entitlements found in the Hold Harmless Agreement. The court will take over all bank accounts and record, assets of the Mashantucket Pequot and Mohegan Tribal Nation, resulting from the illegal casino operation, as receivership. This will be done on behalf of the U.S. Government, for their protection. The court will order the U.S. Attorney General and U.S. Marshall to take over the two Indian Casinos being run by the State of Connecticut. The court on behalf of the U.S. Government will collect all funds due the U.S. Government, and make the final decisions of disperseal along with Herschel Collins, and the U.S. Attorney General. The court will need time to examine the casino books of the Mashantucket Pequots and Mohegan Tribe, along with Herschel Collins, accountants, lawyers, and the U.S. Attorney General. The court needs to determine the amount of money the two Indian Casinos have made, in violation of the Johnson Act. The court should be notified there

are whistle blowing fees of 40% due Herschel Collins, and his reward of a Federal Gaming license, to be issued through the U.S. Attorney General, by Executive within seven days of this order. The court will issue a temporary order allowing the two casinos to continue to operate under Herschel Collins, reward of a Federal Gaming License, until final disposition by this court, of the conditions of continued operation. The court also orders the U.S. Attorney General to remove $25,000.000.00 from each of the two casino accounts, and to be turned over to Herschel Collins for expenses, of the casino operation under Herschel Collins License, until final disposition by the court. The court will also order the State of Connecticut, to turn over to Herschel Collins payment it illegally received from the two Indian casinos as of 7/1/2005 - 11/1/2005. Plaintiff in an effort to be fair and balanced, request this court to immediately accept this agreement on behalf of the U.S. Government.


_____                    _____

Granted / Accepted                              Denied/Not Accepted

*[signature]*

Herschel L. Collins, Prose

Plaintiff

P.M.B. 161

1131-0 Tolland Turnpike

Manchester, Ct. 06040

860-995-8131

November 14, 2005