AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Herschel Collins
    V.

U.S. Department of Interior, ET AL

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:05CV02142

JUDGE: Richard J. Leon

DECK TYPE: Civil Rights (non-employmen

DATE STAMP: 11/02/2005

TO: (Name and address of Defendant)

U.S. Dept of Justice
950 Pennsylvania Ave., N.W
Wash. D.C. 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF ~~[redacted]~~ *PRO SE* (name and address)

Herschel Collins
P.MB 161
1131-0 Tolland Turnpike
Manchester, CT. 06040
860-995-8131

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

(By) DEPUTY CLERK _Maureen Higgins_

DATE: NOV 02 2005

RECEIVED
NOV 9 - 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 11/4/05 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Estelle Jessup | Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): U.S. Attorney (Request of U.S. Attorney General
   501 3rd St N.W., 4th Fl
   Wash D.C.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/4/05
             Date

Signature of Server: Estelle Jessup

Address of Server: 35 Jeffrey Alex Dr.
                   Manchester Ct 06040

RECEIVED
NOV 0 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Herschel Collins

v.

U.S. Department of Interior, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:05CV02142

JUDGE: Richard J. Leon

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 11/02/2005

TO: (Name and address of Defendant)

U.S. Dept of Interior
Serve: Gail Norton
1849 C St. N.W.
Washington, D.C. 20240

PRO SE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ▓▓▓▓▓▓▓ (name and address)

Herschel Collins
P.MB 161
1131-O Tolland Turnpike
Manchester, CT. 06040
860-995-8131

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

_Maureen Higgins_
(By) DEPUTY CLERK

NOV 02 2005
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 11/4/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Estelle Jessop | Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): U.S. Attorney (Request of U.S. Attorney General)
501 3rd St. 4th Fl NW
Wash, D.C.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/4/05          _Estelle Jessop_
                   Date        Signature of Server

35 Jeffrey Alon Dr.
Address of Server
Manchester, NH 03109

NOTE: ALL AGENCY COPIES ACCEPTED

RECEIVED IN OFFICIAL CAPACITY ONLY
Summons & Complaint C.A. No. 05-2142
and/or Document(s) COLLINS
v. U.S. DEPT. OF INTERIOR, ET AL
BY: R. Bown
Title: LEGAL ASST.
Date: 11/4/05

RECEIVED
NOV 0 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Herschel Collins

V.

U.S. Department of Interior, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:05CV02142

JUDGE: Richard J. Leon

DECK TYPE: Civil Rights (non-employme[nt])

DATE STAMP: 11/02/2005

TO: (Name and address of Defendant)

Mashantucket-Pequot Tribe
Mashantucket, Connecticut 06095

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF  PRO SE  (name and address)

Herschel Collins
P.MB 161
1131-O Tolland Turnpike
Manchester, CT. 06040
860-995-8131

an answer to the complaint which is served on you with this summons, within  60  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    NOV 02 2005
CLERK                                          DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 11/4/05 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Estelle Jessup | Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): U.S. Attorney (Request of Attorney General
601 3rd St. N.W.  4th Fl.
Wash. D.C.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/4/05            Estelle Jessup
　　　　　　　　Date　　　　　　　Signature of Server

35 Jeffrey Glen Dr.
Address of Server
Manchester CT 06040

RECEIVED
NOV 0 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Herschel Collins

v.

U.S. Department of Interior, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:05CV02142

JUDGE: Richard J. Leon

DECK TYPE: Civil Rights (non-employmer

DATE STAMP: 11/02/2005

TO: (Name and address of Defendant)

National Indian Gaming Commission
1849 C. St. N.W.
Wash. DC. 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ~~[redacted]~~ PRO SE (name and address)

Herschel Collins
P.MB 161
1131-O Tolland Turnpike
Manchester, CT. 06040
860-995-8131

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

NOV 0 2 2005

DATE

_Maureen Higgins_
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11/4/05 |
| NAME OF SERVER *(PRINT)* Estelle Jessup | TITLE Server of Process |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): U.S. Attorney – Request U.S. Attorney General
501 3rd St / 4th Fl N.
Wash. D.C.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/4/05
               Date

Signature of Server: *Estelle Jessup*

Address of Server: 35 Jeffrey Alan Dr
Manchester Ct 06040

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Herschel Collins

v.

U.S. Department of Interior, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:05CV02142

JUDGE: Richard J. Leon

DECK TYPE: Civil Rights (non-employmer

DATE STAMP: 11/02/2005

TO: (Name and address of Defendant)

Mohegan Tribal Nation
Mohegan Sun Reservation
Montville, Connecticut

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF   PRO SE   (name and address)

Herschel Collins
P.MB 161
1131-0 Tolland Turnpike
Manchester, CT. 06040
860-995-8131

an answer to the complaint which is served on you with this summons, within   60   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

_Maureen Higgins_
(By) DEPUTY CLERK

NOV 02 2005
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 11/4/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Estelle Jessup | Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): U.S. Attorney (Request of U.S. Attorney General)
   501 3rd St N.W. / 4th Fl
   Wash, D.C.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/4/05
              Date

Signature of Server: Estelle Jessup

Address of Server: 35 Jeffrey Alan Dr.
                   Manchester ct 06040

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
NOV 0 9 2005
RECEIVED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of _____

Herschel Collins

V.

U.S. Department of Interior, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CASE NUMBER 1:05CV02142

JUDGE: Richard J. Leon

DECK TYPE: Civil Rights (non-employme[nt])

DATE STAMP: 11/02/2005

TO: (Name and address of Defendant)

Bureau of Indian Affairs
1849 C. St. N.W.
Wash. D.C. 20240

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF PRO SE (name and address)

Herschel Collins
P.MB 161
1131-0 Tolland Turnpike
Manchester, CT. 06040
860-995-8131

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

NOV 0 2 2005

DATE

_Maureen Heggerio_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 11/4/05 |
| NAME OF SERVER (PRINT) Estelle Jessup | TITLE Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): U.S. Attorney (Request of U.S. Attorney General
501 3rd St. NW, 4th fl
Wash, D.C.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/4/05
                    Date

Signature of Server: Estelle Jessup

Address of Server: 35 Jeffrey Alan Dr.
Manchester CT 06040

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Herschel Collins

v.

U.S. Department of Interior, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:05CV02142

JUDGE: Richard J. Leon

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 11/02/2005

TO: (Name and address of Defendant)

U.S. Attorney General
950 Penn. Ave, N.W.
W. D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF  PRO SE  (name and address)

Herschel Collins
P.MB 161
1131-O Tolland Turnpike
Manchester, CT. 06040
860-995-8131

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON              NOV 0 2 2005
CLERK                                    DATE

(By) DEPUTY CLERK

◈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 11/4/05 |
| NAME OF SERVER (PRINT) Estelle Jessup | TITLE Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): U.S. Attorney (Request of U.S. Attorney General)
  501 3rd St. N.W. 4th fl
  Wash, DC

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/4/05
             Date

Signature of Server

Address of Server  35 Jeffrey Ala Dr.
                   Manchester ct 06040

RECEIVED
NOV 0 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Herschel Collins

v.

U.S. Department of Interior, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05CV02142

JUDGE: Richard J. Leon

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 11/02/2005

TO: (Name and address of Defendant)

U.S. Attorney
501 3rd St. N.W., 4th floor
Wash. D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ~~[redacted]~~ PRO SE (name and address)

Herschel Collins
P.M.B 161
1131-0 Tolland Turnpike
Manchester, CT. 06040
860-995-8131

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    NOV 02 2005

CLERK                                          DATE

_/s/ Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11/3/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Estelle Jessup | Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): U.S. Attorney (Reeves) + U.S. Attorney General
501 3rd St NW, 4thFl
Wash D.C.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/3/05
Signature of Server: Estelle Jessup

Address of Server: 35 Jeffrey Char Dr.
Manchester Ct 06040

RECEIVED IN OFFICIAL CAPACITY ONLY
Summons & Complaint C.A. No. 05-2142
and/or Document(s) Collins v. Interior
BY: Brenda Jones
Title: Civil Lit Asst
Date: 11-3-05

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED NOV 0 9 2005

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.