**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| HERSCHEL COLLINS | : | CIVIL NO. 1:05 CV 02142 (RJL) |
| V. | : | |
| U.S. DEPT. OF INTERIOR, ET AL. | : | NOVEMBER 22, 2005 |

**CERTIFICATION**

I hereby certify that a copy of the Appearance for the Defendants Richard Blumenthal and Connecticut Division of Special Revenue was mailed to the following on this 22nd day of November, 2005:

Herschel Collins
P.M.B. 161
1131-0 Tolland Turnpike
Manchester, CT 06040

_____/s/_____
Robert F. Vacchelli
Assistant Attorney General