# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

HERSCHEL COLLINS                    :    CIVIL NO. 1:05 CV 02142 (RJL)

      V.                                    :

U.S. DEPT. OF INTERIOR, ET AL.      :    NOVEMBER 22, 2005


## MOTION FOR EXTENSION OF TIME

The defendants, Richard Blumenthal and the Connecticut Division of Special Revenue, by and through their undersigned counsel and pursuant to Local Rule LCvR7 of the Rules of the United States District Court of the District of Columbia, hereby move this court for a thirty day extension of time, to and including December 28, 2005, within which to respond to the complaint.

The additional time is needed to collect the law and facts necessary for the defense.

This is the defendants' first request with respect to this time limitation. The plaintiff is a pro se litigant.

WHEREFORE, the defendants request a second thirty day extension of time, to and including December 28, 2005, within which to respond to the complaint.

DEFENDANTS
Richard Blumenthal, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____/s/_____
      Robert F. Vacchelli
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT  06105
      Federal Bar #ct05222
      E-Mail:  robert.vacchelli@po.state.ct.us
      Tel.: (860) 808-5450
      Fax: (860) 808-5591

**<u>CERTIFICATION</u>**

I hereby certify that a copy of the foregoing was mailed to the following on this 22nd day

of November, 2005:

      Herschel Collins
      P.M.B. 161
      1131-0 Tolland Turnpike
      Manchester, CT 06040


                      _____/s/_____
                      Robert F. Vacchelli
                      Assistant Attorney General