## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

HERSCHEL COLLINS : CIVIL NO. 1:05 CV 02142 (RJL)

V. :

U.S. DEPT. OF INTERIOR, ET AL. : NOVEMBER 22, 2005

### ORDER ON MOTION FOR EXTENSION OF TIME

The foregoing Motion for Extension of Time by the defendants, Richard Blumenthal and Connecticut Division of Special Revenue, having been heard by this court, it is hereby ordered Granted, and the deadline within which to file a response to the plaintiff's complaint is extended to and including December 28, 2005.

Dated this _____ day of _____, 2005

_____
Richard J. Leon
United States District Judge