**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| HERSCHEL COLLINS | : | CIVIL NO. 1:05 CV 02142 (RJL) |
| V. | : | |
| U.S. DEPT. OF INTERIOR, ET AL. | : | DECEMBER 13, 2005 |

**MOTION TO DISMISS BY THE DEFENDANTS**
**CONNECTICUT DIVISION OF SPECIAL REVENUE AND**
**CONNECTICUT ATTORNEY GENERAL RICHARD BLUMENTHAL**

The defendants, Connecticut Division of Special Revenue and Connecticut Attorney General Richard Blumenthal, by and through their undersigned counsel and pursuant to Rule 12(b)(1) through (6), F.R.Civ.P., hereby move this court to dismiss this case because:

1. This action is barred by the Eleventh Amendment to the United States Constitution.

2. The Complaint fails to state a claim upon which relief can be granted; Jurisdiction; Standing; Illegality.

WHEREFORE, we urge the Court to dismiss this case.

        DEFENDANTS
Connecticut Division of Special Revenue, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____/s/_____
      Robert F. Vacchelli
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT  06105
      Federal Bar #ct05222
      E-Mail:  robert.vacchelli@po.state.ct.us
      Tel.: (860) 808-5450
      Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 13th day of December, 2005:

Herschel Collins
P.M.B. 161
1131-0 Tolland Turnpike
Manchester, CT 06040

_____/s/_____
Robert F. Vacchelli
Assistant Attorney General

2