## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

HERSCHEL COLLINS                :    CIVIL NO. 1:05 CV 02142 (RJL)

    V.                                      :

U.S. DEPT. OF INTERIOR, ET AL.  :    DECEMBER 13, 2005

## ORDER ON MOTION TO DISMISS BY THE DEFENDANTS CONNECTICUT DIVISION OF SPECIAL REVENUE AND CONNECTICUT ATTORNEY GENERAL RICHARD BLUMENTHAL

The foregoing Motion to Dismiss by the defendants, Connecticut Division of Special Revenue and Connecticut Attorney General Richard Blumenthal, having been heard by this court, it is hereby ordered Granted, and judgment may enter for the defendants accordingly.

Dated this _____ day of _____, 2006

_____
Richard J. Leon
United States District Judge