United States District Court

D.C. District

Herschel Collins

VS

Docket # 1:05CV02142 (RJL)

U.S. Dept. of Interior, Et al.

Motion to deny defendants Connecticut Attorney General and Connecticut Division of Special Revenue, Motion to dismiss plaintiff complaint.

---

The Plaintiff Herschel Collins, Prose petition this court to dismiss defendants Connecticut Attorney General, and Connecticut Division of Special Revenue motion to dismiss prose plaintiff complaint pursuit to Rule 12(b)(1) through(6), F.R.Civ.P. Plaintiff brings the following to the courts attention; this case is not about the State of Connecticut, this case is about what the State of Connecticut has done to the U.S. Government. The State of Connecticut has committed perjury by hoodwinking the U.S. Government to approve two illegal Indian Casinos on Federal Reservations in the State of Connecticut in Violation of the Johnson Act, and 14th Amendment to the U.S. Constitution. The State of Connecticut has profited from this illegal Indian Casino, and collects more than $ 30,000,000.00 dollars a month. The State of Connecticut knowingly allowed illegal Indian Casino gambling, and profited from it while arresting its own citizens for having slot machine and gambling devises. Plaintiff has not stated any claim against the State of Connecticut in this complaint, except after being notified of the hold harmless agreement being

accepted by the U.S. Government and U.S. Attorney General removing Rico and Felonies from the 535 Members of the U.S. Congress, by plaintiff Herschel Collins. If this case was about the State of Connecticut a claim would have been made against it and monetary damages would be requested. The purpose of this complaint is to file and seal the hold harmless agreement reinstating the U.S. Government. The State of Connecticut also has Rico and Felonies due to the Johnson Act Violation. The Connecticut Attorney general has no standing to petition this court to dismiss plaintiff complaint, since there is not a legal functioning State of Connecticut Government. The Johnson Act makes an exception for Indian gaming under the Indian Gaming Regulatory Act, providing it has three things. 1) Tribal-State Compact, and A & B of the Johnson Act. A) Being in a state where this kind of gambling is legal for any individual or organization. B) and already on going. Only at that time can the Indians petition the U.S. Government to do the same game on their reservation. Plaintiff has only made the State of Connecticut a part of this complaint for the court to order the State of Connecticut to turn over the illegal payments collected from the Indian Casinos since July 11, 2005 when Governor Jody Rell was notified of the accepting of the hold harmless agreement by the U.S. Government and to stop collecting the $ 30,000,000.00 dollars a month from the two Indian Casinos. The law also states the State of Connecticut cannot charge any more than the day to day cost of doing business. The State of Connecticut is extorting illegal payment from two Federally Recognized Indian tribes where this kind of Gambling is Illegal for the three million citizens in Connecticut. I remind this court of the case of U.S. Government presidency case U.S.A. Verse 1020 gambling machine (Judge Fred Van Sickle) case # CS-98-265-FVS, U.S. District Court, Eastern District of Washington (December 10, 1998) See

attached court ruling. This court ruling was used by President Bill Clinton to escape Impeachment. I do have standing to bring an action being a tax payer and U.S. Citizen, the State of Connecticut Attorney General office was created as the peoples attorney and has violated that trust and allowed the governor of that state to sign illegal gambling compacts. I remind the court to refer to Case Number CS-98-265-FVS, United States of America, verse 1020 Electronic Gambling Machines. Page number (5) Paragraphs 4 through 25, Page 13, Paragraph # 1 through 23. Congress may change the law if it chooses to do so. Until it does, the Tribes are in violating the Johnson Act by operating 1020 electronic gambling machines on it reservation. This court is not free to ignore the violation or rewrite federal law. The Plaintiff Herschel Collins has filed this case to allow this part of history behind us; the State of Connecticut wants to act as if they are above the law. I have not ask this court to refer the State of Connecticut for criminal prosecution, if the State of Connecticut Attorney General wishes to interfere with plaintiff removing Rico and Felonies from the 535 members of the U.S. Congress in which it created, I Herschel Collins, demand that the State of Connecticut Attorney General and Official be brought on criminal charges of Rackeeting under RICO Act.

Herschel Collins, Prose

Plaintiff

PMN 161

1131-0 Tolland Turnpike

Manchester, Ct. 06042 860-995-8131 December 14, 2005

12/13/2005 16:35 FAX 8602323402 FEDEX KINKOS HARTFORD 001

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 1876 |
| CONNECTION TEL | 12023050274 |
| SUBADDRESS | |
| CONNECTION ID | ENRD |
| ST. TIME | 12/13 16:35 |
| USAGE T | 00'38 |
| PGS. SENT | 5 |
| RESULT | OK |

FedEx Kinko's.
Office and Print Center

# Fax Cover Sheet

FedEx Kinko's of Hartford, CT Telephone: 860.233.8245 Fax: 860.232.3402

Date ______ Number of pages ______ (including cover page)

**To:**

Name Anthony Cherry

Company DOJ

Telephone

Fax 202-305-0274

**From:**

Name Herschel

Company

Telephone 860-995-8131

Comments

More than 1,200 locations worldwide. For the location nearest you, call 1.800.2.KINKOS. Visit our website at fedexkinkos.com.



11/21/2005

C00416800
HERSCHEL L COLLINS FOR US SENATE
ESTELLE JESSUP
35 JEFFREY ALAN DRIVE
MANCHESTER, CT 06040

Dear Treasurer:

Our records show that you have registered an authorized committee of a candidate for federal office. To help your committee understand the election law, we have enclosed several publications.

We offer this assistance to help you avoid any violation of the federal election law (U.S.C. Title 2) or the regulations prescribed by the Federal Election Commission (11 CFR). As treasurer, you are responsible for your committee's compliance with the election law. (See, for example, 2 U.S.C. sections 432(c), (d) and (i) and 11 CFR 102.7(c), 103.3(a) and 104.14(d).) This means that in the event that the Commission brings an enforcement action against your committee, absent unusual circumstances, you will be named as a respondent along with the committee. Moreover, you may be held personally liable if a violation of law occurs and the committee is unable to pay the required penalty.

To further assist you, we have added your name to our mailing list for our monthly publication, the RECORD. If you wish to order additional free subscriptions for other members of your staff, please give us a call (see below).

To receive additional forms and publications, call the Commission's FAXLINE Service--an automated information system that transmits materials directly to your fax machine (See FAXLINE Menu).

If you have any questions, please contact the Information Division at 1/800-424-9530 (press #1, then #3) or 202/694-1100.

The Information Division

Attachments
- 'Committee Treasurers' brochure (see especially p. 4)
- Federal Election Campaign Act (2 U.S.C. Titles 2 & 26)
- FEC Regulations (11 CFR)
- FEC Form 3: Report of Receipts and Disbursements
- List of State Filing Offices
- Schedule of Reporting Dates
- Copy of the RECORD, the FEC monthly newsletter
- FAXLINE Menu
- Electronic Filing Software

Herschel L. Collins
Team Leader for President George W. Bush
U.S.Senate for 2006

Anthony Cherry
Dept of Justice
For the Honorable
Alex Kriegsman, Esq.
U.S. Government Representative
Dept of Justice (Environment Division)
Case # 1:05CV2142 (RJL)

RE: Judge Leon Accepting the Hold Harmless Agreement and Sealing the Files, with no Objection from Plaintiff Herschel Collins, or Alex Kriegsman U.S. Governments Representative on the above docket number.

Dear Mr. Cherry:

Will you give this to Alex Kriegsman, the U.S. Government Representative on the above docket number? It is important that Alex Kriegsman sign the no objection to Judge Leon accepting the Hold Harmless Agreement and sealing the files of what I have removed from the 535 members of Congress, accepted June 2005.

Herschel L. Collins, Prose
Plaintiff
PMB 161
1131-0 Tolland Turnpike
Manchester, Ct. 06042
860-995-8131
December 13, 2005

U.S. District Court

D.C. District

Herschel Collins

VS

U.S. Dept of Interior, Et al

Docket # 1:05CV02142 (RJL)

Motion of no objection: from Plaintiff Herschel Collins, or Alex Kriegsman, Esq. for the Defendants U.S. Government. Defendants have no objections to allow the court to accept the Hold Harmless Agreement on behalf of the U.S. Government, and Seal the files immediately. Eliminating future claims against U.S. Government.

---

Plaintiff and Defendants, Summit this approval of the court accepting the Hold Harmless Agreement removing Rico and Felonies from the 535 Members of The U.S. Congress and Immediately Sealing the Files upon receiving the no objection signed by both sides. The plaintiff and defendants representative have acknowledged their acceptance by signing below.

Herschel Collins, Prose
Plaintiff (Accepted)

Alex Kriegsman, Esq.
Defendant Gov. Attorney (Accepted)

Herschel Collins, Prose

Plaintiff

PMB 161

1131-0 Tolland Turnpike

Manchester, Ct. 06042

860-995-8131

December 13, 2005