IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERSCHEL COLLINS,           )<br>                             )<br>         Plaintiff           )<br>                             )  No. 1:05-cv-02142<br>     v.                      )<br>                             )  Hon. Richard J. Leon<br>UNITED STATES DEPARTMENT OF  )<br>INTERIOR, BUREAU OF INDIAN AFFAIRS, )<br>NATIONAL INDIAN GAMING COMMISSION, )<br>UNITED STATES DEPARTMENT OF JUSTICE )<br>RICHARD BLUMENTHAL,          )<br>CONNECTICUT DIVISION OF SPECIAL )<br>REVENUE, MOHEGAN TRIBAL NATION, )<br>MASHANTUCKET PEQUOT,         )<br>                             )<br>         Defendants          )<br>_____) | |

## NOTICE OF APPEARANCE

Defendants United States Department of Interior, Bureau of Indian Affairs, National Indian Gaming Commission, and United States Department of Justice (the "Federal Defendants") respectfully request that the Clerk of Court enter an appearance of Alex Kriegsman as counsel for the Federal Defendants in the above-captioned case.

//

//

//

//

Dated this 22nd day of December, 2005.

    Respectfully submitted,
SUE ELLEN WOOLDRIDGE
Assistant Attorney General
United States Department of Justice


/s/ Alex Kriegsman
Alex Kriegsman
Trial Attorney
United States Department of Justice
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-3022
Facsimile: (202) 305-0506

OF COUNSEL:
Bridget Virchis
Division of Indian Affairs
Office of the Solicitor
United States Department of Interior
1849 C St., NW
MS 6456
Washington, DC 20240
(202) 219-1661

Katherine L. Zebell
Office of General Counsel
National Indian Gaming Commission
1441 L St. NW, Suite 9100
Washington, D.C. 20009
(202) 634-0013

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2005, a copy of the foregoing Notice of Appearance was served on:

Hershel L. Collins
PMB 161
1131-0 Tolland Turnpike
Manchester, CT 06040
(860) 995-8131

Plaintiff, acting in pro se capacity, by causing a full, true and correct copy thereof to be sent, on the date set forth below, by U.S. Mail.

/s/ Alex Kriegsman
Alex Kriegsman
Trial Attorney