United States District Court

D.C. District

Herschel Collins

    VS                                Docket # 1:05CV02142 (RJL)

U.S. Dept of Interior. Et al.

Motion for the court to deny, Attorney Kriegsman motion to dismiss, he has failed to read complaint approved by Deputy Attorney General James Comey, and President Bush.

---

Plaintiff files this motion for the court to deny the motion to dismiss filed by Attorney Kriegsman for the Dept of Justice. This action was filed in this court with the intent of filing and sealing the Hold Harmless Agreement, settlement between Herschel Collins and the U.S. Government. Senate Majority Leader Bill Frist, Attorney General John Ashcroft, Deputy Attorney General James Comey, Speaker of the House Dennis Hastert, and President Bush, contacted Herschel Collins to file this complaint. The U.S. Government Executive and Judicial Branches wanted this Hold Harmless Agreement, removing Rico and Felonies from the 535 Members of the U.S. Congress without a conflict of interest. I have no claim against the U.S. Government, the U.S. Government and Herschel Collins has been partners in this whole process. The U.S. Government has been fair with Herschel Collins and has accepted my plain to remove Rico and the Felonies affecting the U.S. Legislate Branch of Government ability to do a money



(1)

appropriation bill for the government to legally function. Attorney Kriegsman was sent a signed copy of Plaintiff Herschel Collins motion to the court, that he has no objection to the Court Accepting the Hold Harmless Agreement, holding the 535 members of the U.S. Congress Harmless, of the misuse of the Public Act Power of Attorney given Secretary of Interior Babbitt. Secretary Babbitt was hoodwinked into approving the Mashantucket Pequot Indians, and Mohegan Indian Casinos in the State of Connecticut. Attorney Kriegsman failed to sign his part as the U.S. Government representative of no objection to the court sealing the Hold Harmless Agreement. Plaintiffs request this court to canvas Attorney Alex Kriegsman as to the government having any objections to the court sealing the Hold Harmless Agreement. If there is an objection, what authority has he from the U.S. Attorney General Office to object, when the Attorney General, and Deputy Attorney James Comey has accepted the Hold Harmless Agreement for sealing. Plaintiff motions this court for Subpoenas for the following persons who have given acceptance and approval of the Hold Harmless Agreement drafted by Herschel Collins and filed with the U.S. District Court, District of Connecticut, against the State of Connecticut Defendants who failed to appear pursuit to F.R.C.P. 55a. The person to be subpoena: 1) President George W. Bush, 2) Senator Bill Frist, 3) Speaker Dennis Hastert, Attorney General John Ashcroft, 5) Deputy Attorney General James Comey, 6) Assistant Attorney General Sue Ellen Wooldridge, Supervisor of Alex Kriegsman. Attorney Alex Kriegsman has no authority to request the court to dismiss plaintiff complaint; the complaint has only been filed to give the court a representative of the U.S. Government the authorization to seal the Hold Harmless Agreement to eliminate future claims against the U.S. Government for the misuse of the U.S. Congress Power of Attorney by Secretary of Interior Babbitt.

Respectfully Submitted

*[signature]*

Herschel Collins, Prose

Plaintiff

PMB 161

1131-0 Tolland Turnpike

Manchester, Ct. 06040

860-995-8131

December 25, 2005

Motion to Deny Defendant Motion to Dismiss

---

Motion to deny (Granted)                    Motion to Deny (Denied)

(4)

U.S. District Court

D.C. District

Herschel Collins

VS                              Docket # 1:05CV02142 (RJL)

U.S. Dept of Interior, Et al

Motion of no objection: from Plaintiff Herschel Collins, or Alex Kriegsman, Esq. for the Defendants U.S. Government. Defendants have no objections to allow the court to accept the Hold Harmless Agreement on behalf of the U.S. Government, and Seal the files immediately. Eliminating future claims against U.S. Government.

---

Plaintiff and Defendants, Summit this approval of the court accepting the Hold Harmless Agreement removing Rico and Felonies from the 535 Members of The U.S. Congress and Immediately Sealing the Files upon receiving the no objection signed by both sides. The plaintiff and defendants representative have acknowledged their acceptance by signing below.

_/s/ Herschel Collins_

Herschel Collins, Prose

Plaintiff (Accepted)

Alex Kriegsman, Esq.

Defendant Gov. Attorney (Accepted)

*[signature]*

Herschel Collins, Prose

Plaintiff

PMB 161

1131-0 Tolland Turnpike

Manchester, Ct. 06042

860-995-8131

December 13, 2005

Certification

A copy of this filing has been sent to:

1) Robert Vicchelli, ESQ
Assist Attorney General Ct.
110 Sherman St
Htfd, CT. 06105

2) Dept of Justice (Environment)
Alex Kriegsman, ESQ
950 Constitution Ave, N.W
Wash. D.C. 20530

Respectfully Summitt

Herschel Collins, Pro Se
Plaintiff
PMB 161
1131-0 Tolland Turnpike
Manchester, CT. 06040
860-995-8131
December 25, 2005