United States District Court

D.C. District

Herschel Collins,

        Plaintiff                      Docket # 1:05CV2142 (RJL)

      V.

U.S. Department of Interior,

Bureau of Indian Affairs,

National Indian Gaming Commission,

U.S. Department of Justice,

Mashantucket Pequot's,

Mohegan Tribal Nation,

Connecticut Attorney General

Richard Blumenthal,

Connecticut Division of Special Revenue,

Plaintiff Revised Motion for denial of Federal Defendants Motion to Dismiss

With attached rules of law to support motion to deny motion to dismiss

---

Plaintiff respectfully files this revised motion to deny Federal Defendants motion to deny pursuit to Federal Rules of Civil Procedure Rule 12(b) (1) and (6) with prejudice. The following grounds for the Plaintiff Motion are that:

1

1. Plaintiff's request to enforce the hold harmless agreement file in U.S. District court prior to this filing is continued and claims for whistle blowing fee", and reward. Removal of Jail History" are within the subject matter jurisdiction of this court.  2. Plaintiff complaint has stated a claim in prior U.S. District Court Proceedings, where relief was the conditions in the hold harmless agreement filed with the U.S. District in the Second Circuit.  Federal Defendants Attorney wishes this court to dismiss and actions that has already been a judicated in U.S. District Courts and continuing in this court to remove the Felonies and RICO, from the 535 member of the U.S. Congress. Plaintiff reminds this Court Defendants knew this Court cannot rule on a Rule 12(b) (1) and (6) Motion for dismissal of a Prose Plaintiff complaint for failure to State a Claim.  Given the simplified pleading standards of the Federal Rules, a court may dismiss a complaint under Rule 12(b)(6) ; ' only if it is clear that no relief could be granted under any set of facts that could be proved consistent with the allegations.'" Id. (quoting Hishon v. King & Spaulding, 467 U.S. 69, 73 (1984)). Moreover, in considering a motion to dismiss pursuit to Rule 12(b) (6) of the Federal Rules of Civil Procedure, "the court must accept the allegations in the complaint as true and draw all reasonable inferences in favor of the nonmoving party." Gill v. Pidlypchak, 389 F.3d 379, 384-85 (2d Cir. 2004) (citations omitted). Furthermore, where, as here, the case involves a prose litigant, the court must construe the allegations in the complaint liberally. Id. (citation and quotation marks omitted) (alteration in original).  The Second Circuit has recently emphasized that in whether a pro se complaint meets these standards "a district court should look at them with a lenient eye, allowing borderline cases to

2

proceed. " Phillips, 408 F. 3d at 127-28 (quotations and citations omitted). "[P]ro se litigants …cannot be expected to know all of the legal theories on which they might ultimately recover. It is enough that they allege that they were injured, and that their allegations can conceivably give rise to a viable claim. "Id. At 130. All action prior of prose plaintiff were civil rights action, where Federal Judge Dorsey ruled in favor of plaintiff, State of Connecticut violated that court order with double jeopardy, by prosecuting and sentence plaintiff to five years in state prison after a FEDERAL COURT JUDGE DORSEY ruled prior to this Connecticut criminal proceeding. Plaintiff respectfully summits this filing.

Herschel Collins, Pro se

Plaintiff

PMB 161

1131-0 Tolland Turnpike

Manchester, Ct. 06042

860-995-8131

January 9, 2006

3

United States District Court

D.C. District

Herschel Collins,

Plaintiff

    VS                              Docket # 1:05CV2142 (RJL)

U.S. Department of Interior,

Bureau of Indian Affairs,

National Indian Gaming Commission,

Mashantucket Pequot's,

Mohegan Tribal Nation,

U.S. Department of Justice,

Richard Blumenthal, Ct. Attorney General,

Connecticut Division of Special Revenue,

Defendants

## Proposed Order

_____

This Matter having come before the Court on Plaintiff Motion to Deny Defendants Motion to Dismiss, and the Court being advised in the premises,

IT IS HEREBY ORDERED that FEDERAL DEFENDANTS' MOTION TO DISMISS IS DENIED.    IT IS SO ORDERED.   DONE THIS____DAY OF____2006.    JUDGE RICHARD J. LEON _____

Certification 1:05CV2142(RJL)

A copy of the following has been sent to:

Alex Kriegsman ESQ
U.S.D.O.J.    P.O. Box 663
950 Constitution Ave, NW
Wash. D.C. 20044

Assist Attorney General CT.
Robert Vacchelli
110 Sherman St
Htfd, CT. 06105

Herschel C
Herschel Collins, Pro Se
Plaintiff
PMB 161
1130-0 Tolland Turnpike
Manchester, CT. 06042
860-995-8131
January 10, 2006