United States District Court

District of Columbia

Herschel Collins,

Plaintiff

    VS                                        Docket # 1:05CV2142 (RJL)

U.S. Dept of Interior,

Bureau of Indian Affairs,

National Indian Gaming Commission,

U.S. Dept of Justice,

Mashantucket Pequot's,

Mohegan Tribal Nation,

Richard Blumenthal, Attorney General,

Division of Special Revenue (Connecticut),

Motion to with draw my Complaint against the Federal Defendants

---

Plaintiff respectfully petitions this court, to accept Plaintiff motion to withdraw complaint against the following Federal Defendants, the U.S. Department of Interior, and Bureau of Indian Affairs, National Indian Gaming Commission, and U.S. Department of Justice. In the interest of Justice and National Security Plaintiff Herschel Collins feel the interest of the country may be best served, by removing the above federal defendants from this action. Plaintiff submit to the court a video of

RECEIVED
JAN 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


(1)

Herschel Collins and President George W. Bush, this video was on national television showing Herschel Collins in a red shirt on stage with President Bush receiving instructions and permission to proceed with removal of Rico and felonies from the 535 members of the U.S. Congress. Since there is so much of an objection from Attorney Alex Kriegsman, Department of Justice, it may be best to remove Federal Defendants, and allow President Bush to decided what action to take against the Department of Justice. The U.S. Government has lost a golden opportunity to restore public confidence in government after the Abromoff scandal of influence peddling within the U.S. Congress. Plaintiff also has no objection to this court as a representative of the U.S. Government closing and sealing files of the hold harmless agreement filed in U.S. District Court, Second Circuit prior. Plaintiff brings to the courts attention of default by the Mashantucket Pequot's and Mohegan Tribal Nation failure to appear, after being served summons and complaint.(see return of service in file) Pursuit to rule 55a and 55b of the Federal Rules of Civil Procedure, Motion for default. Since the defendants have no objects to allow plaintiff to examine the casino books, of the Mashantucket Pequot, Mohegan Tribal Nation and the President of the United States has not objected to the plaintiff hold harmless agreement being accepted. I feel this court is now free to act without objection of federal defendants, to accept the Hold Harmless Agreement on behalf of the U.S. Government and seal the files.

Respectfully Submitted

*[signature: Herschel Co]*

**Herschel Collins, Prose**

**Plaintiff**

**PMB 161**

**1131-0 Tolland Turnpike**

**Manchester, Ct. 06042**

**860-995-8131**

**January 24, 2006**

Certification

A copy of this filing has been sent to the following:

1) Alex Kriegsman, Esq.
   U.S. Dept of Justice
   915 Constitution Ave, N.W.
   Washington, D.C.

*Robert Vacchelli*
Assist Attorney General, Ct.
110 Sherman St.
Hartford, Ct. 06105


*Herschel Collins*
Herschel Collins, Pro se
Plaintiff
PMB 161
1131-0 Tolland Turnpike
Manchester, Ct. 06042
860-995-8131
January 24, 2006