IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERSCHEL COLLINS, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>INTERIOR, BUREAU OF INDIAN AFFAIRS, )<br>NATIONAL INDIAN GAMING COMMISSION, )<br>UNITED STATES DEPARTMENT OF JUSTICE )<br>RICHARD BLUMENTHAL, )<br>CONNECTICUT DIVISION OF SPECIAL )<br>REVENUE, MOHEGAN TRIBAL NATION, )<br>MASHANTUCKET PEQUOT, )<br>)<br>Defendants )<br>_____ ) | No. 1:05-cv-02142<br><br>Hon. Richard J. Leon |

**FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO
"WITHDRAW COMPLAINT" AGAINST FEDERAL DEFENDANTS**

Defendants the United States Department of Interior, Bureau of Indian Affairs, National Indian Gaming Commission and the United States Department of Justice (the "Federal Defendants") respectfully submit this Response to Plaintiff's January 25, 2006 "Motion to withdraw my Complaint against the Federal Defendants." The Federal Defendants do not object to Plaintiff's Motion insomuch as it seeks to withdraw the Complaint against the Federal Defendants. However, Plaintiff also asks the Court to act as "representative of the U.S. Government closing and sealing files of the hold harmless agreement." Motion at 2. To the extent Plaintiff is asking the Court to act as a representative of the United States, or to act on behalf of the United States, the Court, of course, cannot represent the interests of an entity that is not the party to an action, including the United States. Cf. In re Corrugated Container Antitrust Litig., 662 F.2d 875, 882 (D.C. Cir. 1981).

//

//

    Respectfully submitted,

    SUE ELLEN WOOLDRIDGE
    Assistant Attorney General
    United States Department of Justice


    /s/ Alex Kriegsman
    Alex Kriegsman
    Trial Attorney
    United States Department of Justice
    Natural Resources Section
    P.O. Box 663
    Washington, D.C. 20044-0663
    Tel: (202) 305-3022
    Facsimile: (202) 305-0506

OF COUNSEL:
Bridget Virchis
Division of Indian Affairs
Office of the Solicitor
United States Department of Interior
1849 C St., NW
MS 6456
Washington, DC 20240
(202) 219-1661

Katherine L. Zebell
Office of General Counsel
National Indian Gaming Commission
1441 L St. NW, Suite 9100
Washington, D.C. 20009
(202) 634-0013

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2006, a copy of the foregoing Federal Defendants' Response was served on:

Hershel L. Collins
PMB 161
1131-0 Tolland Turnpike
Manchester, CT 06040
(860) 995-8131

Plaintiff, acting in pro se capacity, by causing a full, true and correct copy thereof to be sent, on the date set forth above, by U.S. Mail.

/s/ Alex Kriegsman
Alex Kriegsman
Trial Attorney