*Court*

United States District Court

D.C. District

Herschel Collins,

Plaintiff

    VS                                Docket # 1:05CV02142 (RJL)

U.S. Dept of Justice,

Defendants

         Motion to Schedule Immediate Conference with Judge Leon

---

Plaintiff respectfully requests the Court to Immediately Schedule a Conference with Judge Leon. The purpose of this Conference is to make clear all issues past and present effecting the U.S. Governments ability to function, and the legal ability of the U.S. Treasury to continue to allow U.S. Government Employees to continue to receive there pay checks from public money, without the Legislative Branch of the U.S. Government being reinstated. The Hold Harmless Agreement filed with the Court has not been sealed away by this court, allowing the 535 members of U.S. Congress to continue functioning with the courts protection. Plaintiff Filed Default against defendants Mashantucket Pequot's (Foxwood Casino) and Mohegan Tribal Nation (Mohegan Sun Casino) on January 11, 2006 pursuit to 55a of the Federal Rules of Civil Procedure. Plaintiff received from the court a copy of the filed motion for default stamp dated January 27,2006 with a signature that appears to be judge

Leon, granting default, and leave to file for Judgment pursuit to Rule 55b of the Federal Rules of Civil Procedure.(see attached)

Respectfully Submitted;

Herschel Collins, Prose

Plaintiff

PMB 161

1131-0 Tolland Turnpike

Manchester, Ct. 06042

860-995-8131

February 18, 2006

A Copy of this Has been sent To the following:

Robert Vecchilli
Assist Attorney General
110 Sherman ST
Hartford, CT. 06103


*Herschel Collins*
Herschel Collins, Prose Plaintiff

PMB 161
1131-0 Tolland Turnpike
Manchester, CT. 06042
860-995-8131
2/18/06