**United States District Court**

**D.C. District**

Herschel Collins,

   Plaintiff

      VS                                    Docket # 1:05Cv2142 (RJL)

U.S. Department of Interior,

      Defendants


Motion for default Pursuit to Local Rule 55a, of Federal Rules of Civil Procedure

Mashantucket Pequot's (Foxwood) and Mohegan Tribes (Mohegan Sun Casino)

---

Plaintiff respectfully petitions this court for default against the above two

defendants, Mashantucket Pequot's (Foxwoods Casino) and the Mohegan Tribe of

Indians (Mohegan Sun Casino). On November 15, 2005 a summons and complaints

were served on the two defendants, U.S. Government accepted service on there

behalf through the U.S. Department of Interior, Bureau of Indian Affairs. The

Department of Interior Is Currently In U.S. District Court with Judge Lambert

(Colvel V. U.S. Department of Interior) this case has been in court for nine years.

This case involves the Department of Interior, stealing and misuse of over 300

hundred dollars of Indian money from land lease, mineral right payments etc.

Plaintiff request default pursuit to Rule 55a of the federal Rules of Civil Procedure,

Defendant U.S. Department of Interior, and Bureau of Indian Affairs, has refused to allow plaintiff to examine the books of the two Indian tribes of the Foxwood Casino and Mohegan Sun Casinos. Plaintiff respectfully demands the court issue default pursuit to Rule 55a, against the Mashantucket Pequot's and Mohegan Tribal Nation. Upon issuing of default, plaintiff requests a court order for the plaintiff to inspect the books of the Mashantucket Pequot's and Mohegan Tribal Nation Casinos. Because of the serious allegations by the Indian Tribal Nation claim against the U.S. Department of Interior, before U.S. District Court Judge Lambert, the actions of Secretary Babbitt causing 535 members of the U.S. Congress to receive RICO and FELONIES in violation of the Johnson Act. Plaintiff brings to the attention of the court, since the Mashantucket Pequot's and Mohegan Tribal Nations, have been operating in violation of the Johnson Act and violation of the 14th amendment of equal protection, operating Illegal gambling in the State of Connecticut, where this type of gambling not legal for the three million U.S. citizen of that state. Plaintiff requests this court to act, due to the U.S. Governments Claims against said defendants for illegally gained gaming profit. This court as a representative of the U.S. Government must protect the interest of the government as well as plaintiff. Respectfully submitted,


Herschel Collins, Pro se           860-995-8131

Plaintiff          PMB 161     1131-0 Tolland Turnpike   Manchester, Ct. 06042

### United States District Court

### D.C. District


Herschel Collins, Plaintiff

      **VS**                         **Docket # 1:05CV2142 (RJL)**

U.S. Department of Interior,

Bureau of Indian Affairs,

U.S. Department of Justice,

Mashantucket Pequot's

Mohegan Tribal Nation,

Richard Blumenthal Attorney General Ct.,

Connecticut Division of Special Revenue,

Defendant


### [PROPOSED] ORDER

This matter comes before the court on plaintiff Motion for default, and the court being advised in the premises,

   IT is hereby ordered that Plaintiff Motion for Default pursuit Rule 55a is granted.

**IT IS SO ORDERED.**


DONE THIS _____ DAY OF _____, 2006

BY THE COURT:

                             _____

                             JUDGE RICHARD J. LEON

Certification

A Copy of this filing Has been Sent To:


Alex Kriegsman, ESQ
U.S. Dept of Justice
P.O. Box 663
950 Constitution Ave, NW
WASH. D.C. 20044


Robert Vacchelli  A.A.G.
110 Sherman St
HRRl, CT. 06105




Herschl Co
Herschel Collins, Prose
Plaintiff
PMB 161
1131-0 Tolland Turnpike
MANchester, CT. 06042
860 - 995 - 8131
1/10/06