court

U.S. District Court

D.C. District

Herschel Collins

    VS                                Docket # 1:05CV02142 (RJL)

U.S. Department of the Interior,

Defendants

Motion to accept Co-Counsel and Schedule Immediate Settlement Conference with the Judge

---

Plaintiff Respectfully Petition this court to accept the agreement between Plaintiff Herschel Collins, and Co-Counsels Blair and Lee in the above docket case, assigned to Judge Richard J. Leon. Pursuit to the Second Circuit Court of Appeals ruling on Prose Litigants, not being treated differently, and not allowing dismissal on a 12(b)(1)(6) dismissal by motion of opposing party, or court. Plaintiff has request motions of this court and had been ignored because of his prose status. Plaintiff respectfully filed a motion to this court for settlement conference to seal the hold harmless agreement where there is U.S. Government employees including this court illegally robbing the U.S. Treasury without a legal functioning U.S. Congress to do a legal Money Appropriations Bill for the U.S. Government to Function. I spend the week of March 10,2006 in the Washington, D.C. area interviewing with Attorney to co-counsel with Plaintiff Herschel Collins to complete the court acceptance of the Hold Harmless Agreement filed with the U.S. District Court in 2002 nunc pro tunc to that date restoring the U.S. Government, removing RICO and FELONIES from 535 Members of the U.S. Congress. Prose Plaintiff feel he is being discriminate against, and hired co-counsel to expedite hold harmless agreement being accepted

by this court, and sealing the files. Attorney Sandy Lee was very eager to accept being co-counsel, and requested Plaintiff Prose sign an agreement of representation immediately on 3/9/06.

Plaintiff Prose also consulted with Blair and Lee on March 10, 2006 to make sure this law firm was for real about co-counsel with Plaintiff Prose Herschel Collins. The Law firm of Blair and Lee stated they were going to enter there appearance and request the court for Immediate conference with Judge Richard J. Leon.

Respectfully Submitted,

*[signature]*

Herschel Collins, Prose

Plaintiff

PMB 161

1131-0 Tolland Turnpike

Manchester, Ct. 06042

860-995-8131

March 13, 2006

Walter L. Blair, MD
Sandy V. Lee, D.C.

**Washington, D.C. Office**
601 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 220-3010
(202) 289-4200

The Law Firm Of
# BLAIR & LEE, P.C.
Blair Professional Building
4701 Melbourne Place
College Park, Maryland 20740

TELEPHONE: (301) 474-4700
FACSIMILE:  (301) 474-5568

William Payne, D.C.
George H. Smith, D.C., PA

*New York*
Norman James, NY
(1950 – 1992)

**RESPOND TO:   MD Office**

*[handwritten: PMB 161, 1134-0 Tolland Tnpk, Manchester CT 06040]*

## RETAINER AND FEE AGREEMENT
## (CORPORATE/INDIVIDUAL REPRESENTATION)

I, _Herschel L. Collins_ residing at _35 Jeffrey Alan Drive Manchester CT_ on this _9_ day of _March_ 2006, ___ do hereby retain and employ the LAW FIRM OF BLAIR & LEE, P.C., to represent me in the following matter: _Settlement Agreement in Federal Court, D.C. Docket # 1:05CV2142 (RJL)_ _____ for the following fee: _300 per hour_

I am informed that attorneys may not ethically pay the costs of litigation for clients. I agree to pay all costs for maintaining my claim. "Costs" include, but are not limited to the cost of medical reports, filing suit, witness subpoenas, long distance calls, travel, legal research assistance and all disbursements deem necessary by my attorney for effective performance of legal services.

BLAIR & LEE, P.C., agrees to investigate my claim and I agree to cooperate with them as requested, in locating witnesses, securing testimony and in preparing my claim. If after investigation it appears to BLAIR & LEE, P.C., that my claim does not have merit then the attorneys have the right to cancel this agreement. BLAIR & LEE, P.C., agree to inform me in writing of cancellation.

BLAIR & LEE, P.C., may in their absolute discretion, withdraw at any time from the claim if investigation discloses no insurance or no defendant's liability.

C:\My Documents\F O R M S\B&L Retainer Corporate Individual2.wpd

If there is any disagreement between this Law Firm and the client as to work performed, withdrawal of legal services and/or termination of legal services, Blair & Lee's hourly fee shall be based on $300.00 per hour for any and all legal services. **The Retainer Fee paid by client is not refundable.**

No representation has been made to me as to what amount, if any, I may be entitled to recover in this claim. I agree not to accept any offer of settlement unless it first discussed and recommended by my attorneys.

In the event I, for any reason, discharge BLAIR & LEE, P.C., I agree to pay their legal fees of $300.00 per hour and to reimburse them for all costs and expenses advance.

This agreement has been explained to me and I have had an adequate opportunity to discuss it with the LAW FIRM OF BLAIR & LEE, P.C..

_____
CLIENT'S SIGNATURE

DATE 3/9/06

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
SOCIAL SECURITY NUMBER


_____
ATTORNEY'S SIGNATURE

A copy of this filing has been sent to the following

1) Robert Vicchelli, ESQ
Assist Attorney General
110 Sherman St.
Hartford CT. 06103

*Hershel* (signature)
Hershel Collins, Pro se
Plaintiff
PMB 161
1131-O Tolland Turnpike
Manchester, CT 06042
860-995-8131
3/14/06