**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HERSCHEL COLLINS,** | * |
| **Plaintiff,** | * |
| vs. | * CASE NO. 1:05CV02142 |
| | Judge Richard J. Leon |
| | * |
| **UNITED STATES. DEPARTMENT OF INTERIOR, et al.** | Deck Type: Civil Rights |
| | * (Non-employment) |
| | * |
| **Defendants.** | |

## PRAECIPE

**WILL THE CLERK OF THE COURT** please enter the appearance of Lloyd D. Iglehart, 1717 K Street, NW, Suite 600, Washington, DC 20036, as Attorney for the Plaintiff, Herschel Collins, in the above entitled matter.

Respectfully submitted,

*[signature]*

Lloyd D. Iglehart
DC Bar No. 392621
1717 K Street, NW
Suite 600
Washington, DC 20036
(202) 508-3671

I do hereby certify that on this ___ day of June 2006, a copy of the foregoing Praecipe Entering Appearance, was mailed, by 1st class mail, postage prepaid, to the following:

Richard Blumenthal
Connecticut Attorney General
55 Elm Street
Hartford, CT 06103

Connecticut Division of Special Revenue
Newington Office
c/o 55 Elm Street
Hartford, CT 06103

United States Department of Interior
c/o U. S. Attorney
501 3rd Street, NW – 4th Floor
Wash., DC 20001

U. S. Attorney General
501 - 3rd Street, NW, 4th Floor
Wash., DC 20001

National Indian Gaming Commission
1849 C Street, NW
Wash., DC 20240

Mohegan Tribal Nation
Mohegan Sun Reservation
Montville, CT

Bureau of Indian Affairs
1849 C Street, NW
Wash., DC 20240

U. S. Department of Justice
950 Penn. Ave. NW
Wash., DC 20530

Mashantucket-Peugot Tribe
Mashantucket, CT 06098

Lloyd D. Iglehart