UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HERSCHEL COLLINS,            *

    Plaintiff,            *

vs.                                        * CASE NO. 1:05CV02142
                                        Judge Richard J. Leon
                                        *
UNITED STATES. DEPARTMENT OF           Deck Type: Civil Rights
INTERIOR, et al.                 *       (Non-employment)

                                        *

    Defendants.

**MOTION TO COMPEL THE CLERK OF COURT TO ENTER AN
ORDER OF DEFAULT OR IN THE ALTERNATIVE TO SCHEDULE
A STATUS HEARING IN THE ABOVE DESCRIBED MATTER**

Comes now Herschel Collins by and through counsel, Lloyd D. Iglehart and for his Motion to Compel the Clerk of Court to Enter an Order of Default or in the Alternative to Schedule a Status Hearing in the above Described Matter and for his Motion, states the following:

1.    On or about November 2, 2005, the Plaintiff herein, filed a Pro Se Complaint against the Defendants, the Mohegan Tribal Nation, Mashantucket-Peguot Tribe, Richard Blumenthal of the Office of the Attorney General for the State of Connecticut, the Connecticut Division of Special Revenue alleging that the Defendants in concert had violated the Johnson Act, Title 15 USC §1171, et seq., by allowing Class III gaming, which is prohibited by said Act unless the State (Connecticut) allowed gaming and had entered into a tribal Indian

Compact, allowing such gaming activities and which state Intertribal Indian Compact had been confirmed by the United States Government.

2. After filing said Complaint, the Plaintiff was issued summons to serve upon the Defendants, and all Defendants were served with a copy of the Summons and Complaint on November 2, 2005 and accepted by the Defendants. (See attached copy of Service for the Mohegan Tribal Nation and Mashantucket-Peguot Tribe.)

3. The time frame within which the Defendants were to submit Answers to the Complaint twenty (20) days, to sixty (60) days, twenty (20) days for the non government Defendants and sixty (60) days for the State Officials.

4. To-date, as of the filing of this Motion herein, none of the Defendants have filed a responsive pleading and the Plaintiff is entitled to an entry of default against all of the Defendants.

5. Pursuant to Federal Rules of Civil Procedure, Rule 55 (a) and (b-2), a default may be entered against a non-responding defendant.

6. The Plaintiff is entitled to and is requesting a default against all of the Defendants, who are not an agency of the United States Government and request that the Court schedules a Status Hearing in this matter as against which Defendants, the Plaintiff is entitled to a default.

**WHEREFORE,** the Plaintiff respectfully request that the Court grant a default against the Defendants who have not responded, so that a determination

may be made whether the Plaintiff is entitled to default.

                                            Respectfully submitted,

                                            /S/

                                            Lloyd D. Iglehart, #392621
                                            1717 K Street, NW
                                            Suite 600
                                            Washington, DC 20036
                                            (202) 508-3671
                                            Attorney for Plaintiff

## Certificate of Service

I do hereby certify that on this 21st day of June 2006, a copy of the foregoing Motion was mailed, by 1st class mail, postage prepaid, to the following:

Richard Blumenthal
Connecticut Attorney General
55 Elm Street
Hartford, CT 06103

Connecticut Division of Special Revenue
Newington Office
c/o 55 Elm Street
Hartford, CT 06103

Mohegan Tribal Nation
Mohegan Sun Reservation
Montville, CT

Mashantucket-Peguot Tribe
Mashantucket, CT 06098

_____
Lloyd D. Iglehart