UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HERSCHEL COLLINS,** | * |
| **Plaintiff,** | * |
| vs. | * CASE NO. 1:05CV02142 |
| | Judge Richard J. Leon |
| | * |
| **UNITED STATES. DEPARTMENT OF** | Deck Type: Civil Rights |
| **INTERIOR, et al.** | * (Non-employment) |
| | * |
| **Defendants.** | |

### ORDER ENTERING DEFAULT AND SETTING THE MATTER FOR STATUS CONFERENCE

This matter came before the Court upon the Motion of the Plaintiff to Compel the Clerk to Enter an Order of Default or in the Alternative to Schedule a Status Hearing and the Opposition thereto, or lack thereof, and for good cause having been shown, it is by the Court, this ___ day of _____ 2006,

**ORDERED:**

That the office of the clerk is hereby ordered to enter a Default against the Defendants, who did not to respond to the Plaintiff's Complaint within the time prescribed by the Rules of this Court and the matter is hereby set for a Status Hearing on the _ day _____ 2006, for the United States Government and all entities thereof.

_____
JUDGE

Copies to:

Lloyd D. Iglehart, Esq.
1717 K Street, NW
Suite 600
Washington, DC 20036

Richard Blumenthal
Connecticut Attorney General
55 Elm Street
Hartford, CT 06103

Connecticut Division of Special Revenue
Newington Office
c/o 55 Elm Street
Hartford, CT 06103

Mohegan Tribal Nation
Mohegan Sun Reservation
Montville, CT

Mashantucket-Peguot Tribe
Mashantucket, CT 06098