*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | | |
|---|---|---|
| **HERSCHEL COLLINS,** | * | |
| **Plaintiff,** | * | |
| **vs.** | * | **Case No.:  1:05 CV 02142** |
| | | **Judge Richard Leon** |
| **UNITED STATES DEPARTMENT** | * | **DCCK Type – Civil Rights** |
| **OF INTERIOR,** | | **(Non-Employment)** |
| | * | |
| **Defendant.** | * | |
| | * | |

## MEMORANDUM OF POINTS AND AUTHORITIES

1.     The file herein.

2.     Rule 55 (b) (1) and (2) of the Federal Rules of Civil Procedure Judgment by the Courts parties in default, other than the Federal Government.

### Cases

The Court found this behavior of the Secretary of HEW,  a failure to defend, within the meaning of the default judgment rules, and ordered the entry of a default judgment.

3.     Kuwait vs. Rafidain Bank, CA 2.d 1994, 155 3.d 238.

Holding:  There was a finding that the District Court had discretion to enter a Default Judgment against banks owned by the Republic of Iraq, based upon findings that the banks had willfully defaulted.  "Willfully defaulted", became the "relevant phrase", even though the banks claimed that their default was caused by the imposition of economic sanctions…which the Court held did not prevent the banks from answering the Plaintiff's Complaint.

1

The economic sanctions were used as a subterfuge, to try to escape the imposition of a default judgment.  The Court saw through this ruse, by entering a default judgment against the banks.

4.    <u>Thomas</u> vs. <u>Harris.</u> DC, MO. 1980, 89 FRD 45.

<u>Holding</u>:   A proceeding to review the denial of surviving children benefits to Plaintiff, for her minor daughter when the denial was based on the plain wording of the Missouri intestate of the Statute, under which the Plaintiff was likely to succeed, with her constitutional attack.

The District Court did not lack jurisdiction to enter a default judgment against the Secretary of Health and Human Services.

5.    <u>Reference</u>

Wright, Miller and Kane, the Federal Courts, the Federal Rules of Civil Procedure, Ch. 8 §2702, Rule 55 (e).

6.   The inherent equity powers of this Court.

Respectfully submitted,


Lloyd D. Iglehart
1717 K Street, NW
Suite 600
Washington, DC 20036
(202) 508-3671

### *Certificate of Service*

I do hereby certify that on this ___ day of June 2006, a copy of the Plaintiff's Motion to Compel the Clerk of the Court to Enter an Order of Default, or in the Alternative to Schedule a Status Hearing in this Motion was mailed, by 1st class mail, postage prepaid, to the following:

Richard Blumenthal
Connecticut Attorney General
55 Elm Street
Hartford, CT 06103

Connecticut Division of Special Revenue
Newington Office
c/o 55 Elm Street
Hartford, CT 06103

Mohegan Tribal Nation
Mohegan Sun Reservation
Montville, CT

Mashantucket-Peguot Tribe
Mashantucket, CT 06098

                          Lloyd D. Iglehart