UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HERSCHEL COLLINS,** | * |
| **Plaintiff,** | * |
| vs. | * **CASE NO. 1:05CV02142** |
| | **Judge Richard J. Leon** |
| | * |
| **UNITED STATES. DEPARTMENT OF** | **Deck Type: Civil Rights** |
| **INTERIOR, et al.** | * **(Non-employment)** |
| | * |
| **Defendants.** | |

**AFFIDAVIT IN COMPLIANCE WITH
SOLDIERS AND SAILORS CIVIL RELIEF ACT OF 1940, AS AMENDED**

Lloyd D. Iglehart, being first duly sworn, deposes and says that he is agent for the Plaintiff, in the above entitled case, and makes this affidavit pursuant to the provisions of Section 200 of the Soldiers and Sailors Civil Relief Act of 1940; that he has caused a careful investigation to be made to ascertain whether or not the above-named defendants are in the military service of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard, the Air Force or an officer of the Public Health Service, detailed by proper authority for duty either with the Army or the Navy; and that as a result of said investigation, affiant does hereby state that the defendants are not in any of the above-named branches of the military service and further that the defendants have not received

notice of induction or notice to report for military service, and that the affiant is duly authorized to make this affidavit on behalf of Plaintiff.

                                                  _____/s/_____
                                                             Signature

**SUBSCRIBED and SWORN** to before me this ___ day of June 2006.

                                                  _____
                                                Notary Public, D. C.

          My Commission Expires: _____.