UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

HERSCHEL COLLINS : CIVIL NO. 1:05 CV 02142 (RJL)

   V. :

U.S. DEPT. OF INTERIOR, ET AL. : JUNE 23, 2006

**MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL THE CLERK OF THE COURT TO ENTER AN ORDER OF DEFAULT BY THE DEFENDANTS CONNECTICUT DIVISION OF SPECIAL REVENUE AND CONNECTICUT ATTORNEY GENERAL RICHARD BLUMENTHAL**

By pleading filed June 21, 2006 entitled "Motion To Compel the Clerk Of Court To Enter An Order Of Default Or In The Alternative To Schedule A Status Hearing In The Above Describe Matter", plaintiff Hershel Collins, inter alia, asks the court to order the clerk to enter a default against the defendants Richard Blumenthal of the Office of the Attorney General and Connecticut Division of Special Revenue for failure to answer his complaint. See Motion, paras. 3 and 4. The motion should be denied.

The defendants filed their appearance in this case on November 22, 2005. See Docket No. 6. They filed a Motion to Dismiss on December 13, 2005, within the time permitted by the court. See Docket No. 8. No answer is required until the motion is decided. Rule 12 (a) (4), F.R.Civ.P.

Wherefore, we urge the court to deny the motion with respect to the above named defendants.

        DEFENDANTS
Connecticut Division of Special Revenue, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:   /s/ Robert F. Vacchelli
      _____
      Robert F. Vacchelli
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT 06105
      Federal Bar #ct05222
      E-Mail: robert.vacchelli@po.state.ct.us
      Tel.: (860) 808-5450
      Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that on June 23, 2006, a copy of the foregoing Memorandum was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ Robert F. Vacchelli
      _____
      Robert F. Vacchelli
      Assistant Attorney General