FILED

JUL 17 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HERSCHEL COLLINS              )
                              )
     Plaintiff,               )
                              )
     v.                       )    Civ. Action No. 05-2142 (RJL)
                              )
DEPARTMENT OF INTERIOR, et al., )
                              )
     Defendants.              )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 17th day of July 2006, hereby

**ORDERED** that [#8] Motion to Dismiss by the Defendants Connecticut Division of Special Revenue and Connecticut Attorney General Richard Blumenthal is GRANTED; it is further

**ORDERED** that [#9] Motion to Deny Defendants Connecticut Attorney General and Connecticut Division of Special Revenue's Motion to Dismiss is DENIED; it is further

**ORDERED** that [#4] Emergency Motion for Order of the Court Accepting the Hold Harmless Agreement is DENIED; it is further

**ORDERED** that judgment is entered in favor of defendants Connecticut Attorney General Richard Blumenthal and Connecticut Division of Special Revenue, and the case is DISMISSED with prejudice as to those defendants; it is further

**ORDERED** that [#21] Plaintiff's Motion to Compel the Clerk of Court to Enter an

Order of Default, or in the Alternative, to Schedule a Status Hearing is DENIED; and it is further

**ORDERED** that plaintiff have 10 days from the date of this Order to provide the Court with legally adequate proof of service as to defendants the Mashantucket Pequot Tribe and the Mohegan Tribal Nation; failure to provide such proof will result in the dismissal of this action in its entirety.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge