UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HERSCHEL COLLINS,                               *

      Plaintiff,                                    *

vs.                                                          Case No.: 1:05 CV 02142
                                                  *          Judge: Richard Leon

U.S. DEPARTMENT OF INTERIOR,
                                                  *
      Defendant.
                                                  *


AFFIDAVIT OF SERVICE OF PROCESS UPON MOHEGAN TRIBAL
NATION AND THE MASHANTUCKET-PEGUOT TRIBE


      Come now the plaintiff by and through by attorney Lloyd D. Iglehart and submits the following:

1. Return of Service of Process upon the Mohegan Tribal Nation.

2. Return of Service of Process upon the Mashantucket-Peguot Tribe, and

3. An affidavit from Estelle Jussup, Server of the Summons and Complaint upon the Agent for both Defendants, United States Attorney at 501 3rd street, N.W., 4th floor, Washington, D.C.

                                        Respectfully Submitted,

                                        /s/

                                        Lloyd D. Iglehart #392-62
                                        Attorney for Plaintiff
                                        1717 K Street, N.W.
                                        Suite 600
                                        Washington, D.C. 20036
                                        (202) 508-3671

### *Certificate of Service*

I do hereby certify that on this 24th day of July 2006, a copy of the Affidavit of Service of Process with Summons and Complaint or was mailed, by 1st class mail, postage prepaid, to the following:

Richard Blumenthal
Connecticut Attorney General
55 Elm Street
Hartford, CT 06103

Connecticut Division of Special Revenue
Newington Office
c/o 55 Elm Street
Hartford, CT 06103

Mohegan Tribal Nation
Mohegan Sun Reservation
Montville, CT

Mashantucket-Peguot Tribe
Mashantucket, CT 06098

/s/
_____
Lloyd D. Iglehart