AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Herschel Collins
V.

U.S. Department of Interior ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05CV02142

JUDGE: Richard J. Leon

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 11/02/2005

TO: (Name and address of Defendant)

Mohegan Tribal Nation
Mohegan Sun Resort
Montville, Connecticut

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF **PRO SE** (name and address)

Herschel Collins
P.M.B 161
1131-O Tolland Turnpike
Manchester, CT. 06040
860-995-8131

answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

NOV 0 2 2005
DATE

_Nancy Higgins_
DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 11/4/05 |
| NAME OF SERVER (PRINT) Estelle Jessup | TITLE Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): U.S. Attorney (Request of U.S. Attorney General)
501 3rd St NW, 4th fl
Wash, DC

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/4/05
               Date

Signature of Server: Estelle Jessup

Address of Server: 35 Jeffrey Alan Dr.
Manchester CT 06040

⁽¹⁾ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of _____

Herschel Collins

v.

U.S. Department of Interior, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:05CV02142

JUDGE: Richard J. Leon

DECK TYPE: Civil Rights (non-employme

DATE STAMP: 11/02/2005

TO: (Name and address of Defendant)

Mashantucket-Pequot Tribe
Mashantucket, Connecticut 06001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF [PRO SE] (name and address)

Herschel Collins
P.MB 161
1131-0 Tolland Turnpike
Manchester, CT. 06040
860-995-8131

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          NOV 0 2 2005
CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11/4/05 |
| NAME OF SERVER (PRINT) Estelle Jessup | TITLE Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): U.S. Attorney (Request of Attorney General)
501 3rd St N.W. 4th fl
Wash. D.C.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/4/05
                Date

Signature of Server: Estelle Jessup

Address of Server: 35 Jeffrey Drive
Manchester ct 06040

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

HERSCHEL COLLINS

    Plaintiff

    VS                                   CIVIL DOCKET # 05-2142(RJL)

DEPARTMENT OF INTERIOR, et al.

    Defendants,

**PROSE PLAINTIFF RESPONSE TO COURT ORDER, TO PROVIDE LEGALLY ADEQUATE PROOF OF SERVICE, AS TO DEFENDANTS THE MASHANTUCKET PEQUOTS TRIBE AND MOHEGAN TRIBAL NATION.**

---

PROSE PLAINTIFF RESPONSE TO COURT ORDER OF JULY 17, 2006 WITH THE FOLLOWING AFFIDAVIT OF PROOF OF SERVICE.

## AFFADAVIT

I ESTELLE JESSUP THE SERVER OF SAID SUMMONS AND COMPLAINT ISSUED BY THE CLERK OF THE COURT, ON NOVEMBER 2, 2005 MADE SERVICE UPON THE DEFENDANTS MASHANTUCKET PEQUOT TRIBE AND THE MOGEGAN TRIBAL NATION. I MADE SERVICE ON THEM THE SAME WAY I MADE SERVICE ON THE U.S. GOVERNMENT DEFENDANTS, AND THE STATE OF CONNECTICUT DEFENDANTS. I UNDERSTAND THE MEANING OF