UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

HERSCHEL COLLINS           :    CIVIL NO. 1:05 CV 02142 (RJL)

   V.                             :

U.S. DEPT. OF INTERIOR, ET AL.   :    JULY 26, 2006

### MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO VACATE

By undated pleading filed July 24, 2006, the plaintiff in the above matter, Hershel Collins, asks the court to vacate its orders of July 17, 2006, dismissing this case as to the defendants Connecticut Division of Special Revenue and Connecticut Attorney General Richard Blumenthal, denying his Motion of Default, and entering other orders regarding disposition of the case. We urge the court to deny the Motion to Vacate for the following reasons:

1.  Plaintiff's attorney filed an appearance in this case on June 21, 2006. Docket # 20. The present Motion to Vacate was signed and filed by plaintiff, pro se, incorrectly under Rule 11(a), F.R.Civ.P.

2.  Plaintiff primarily argues that his complaint should not have been dismissed because the case involves a pro se litigant, and his pleadings must be liberally construed. Plaintiff's Motion, p. 2. This argument ignores the fact that he has an attorney in this matter. Moreover, even where the litigant is pro se, the liberal construction rules for pro se litigants do not excuse a failure to state a claim. See, e.g., Williams v. District of Columbia, 1996 U.S. Dist. Lexis 10666 (D.D.C. 1996). The court in this case correctly found that plaintiff has failed to state a claim.

3. This case was also dismissed as to the defendants Connecticut Division of Special Revenue and Connecticut Attorney General Richard Blumenthal on the grounds of sovereign immunity. In his argument, at p. 4, plaintiff seems to argue that this issue was not decided correctly because he has a claim pending in the Connecticut General Assembly for permission to sue the State. The only pertinent claim that we are aware of is the <u>Claim of Hershel Collins</u>, File No. 19907. As plaintiff pointed out in his complaint, that petition, which involved issues somewhat related to those in the instant case, was denied by the Connecticut Claims Commissioner on September 30, 2005. <u>See</u>, <u>Claim of Hershel Collins</u>, File No. 19907 (Sept. 30, 2005), copy attached to plaintiff's Complaint; another copy attached in Exhibit A. In the only pertinent appellate procedure available, that decision was reviewed by the Connecticut General Assembly, as provided for in Conn. Gen. Stat. § 4-159, and the Claims Commissioner's decision was accepted on April 20, 2006. <u>See</u>, Joint Resolution No. 20, Sec. 14 (Adopted April 20, 2006), copy attached in Exhibit B.

4. No valid arguments are presented justifying the court to vacate any other orders entered.

5. Rule 60(b), F.R.Civ.P., permits the court to vacate its judgment only in certain circumstances, none of which are present here. Plaintiff's instant motion appears to be premised on plaintiff's perception that the court simply erred. The D.C. Circuit has cautioned against a broad interpretation of Rule 60(b) and allows motions to challenge alleged legal errors only in the most extreme situations, namely when the district court based its reasoning on case law that it had failed to realize had recently been overturned. <u>Badru v. United States of America</u>, 215 F.R.D. 8, 11 (D.D.C. 2003). No such extreme circumstance exists here.

Wherefore, we urge the court to deny the plaintiff's motion.

                DEFENDANTS
                Connecticut Division of Special Revenue, et al.

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

                /s/ Robert F. Vacchelli
BY:  _____
                Robert F. Vacchelli
                Assistant Attorney General
                110 Sherman Street
                Hartford, CT 06105
                Federal Bar #ct05222
                E-Mail: robert.vacchelli@po.state.ct.us
                Tel.: (860) 808-5450
                Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that on July 26, 2006, a copy of the foregoing Memorandum was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Also, a copy was mailed to the following on this same date:

    Hershel Collins
    P.M.B. 161
    1131-0 Tolland Turnpike
    Manchester, CT 06040

                /s/ Robert F. Vacchelli
                _____
                Robert F. Vacchelli
                Assistant Attorney General