# EXHIBIT B



General Assembly | **File No. 252**
---|---

*February Session, 2006* | Substitute House Joint Resolution No. 20

*House of Representatives, March 30, 2006*

The Committee on Judiciary reported through REP. LAWLOR of the 99th Dist., Chairperson of the Committee on the part of the House, that the substitute joint resolution ought to be adopted.

### RESOLUTION ACCEPTING THE RECOMMENDATION OF THE CLAIMS COMMISSIONER TO DENY OR DISMISS CERTAIN CLAIMS AGAINST THE STATE.

Resolved by this Assembly:

Section 1. That the recommendation of the Claims Commissioner, file number 19765 of said commissioner, that no award be granted to Allen Adgers on his claim against the state in excess of seven thousand five hundred dollars and that permission to sue be denied, is accepted.

Sec. 2. That the recommendation of the Claims Commissioner, file number 19768 of said commissioner, that no award be granted to Khadasia Alkaul, ppa Carol Pulliam-Alkaul on her claim against the state in excess of seven thousand five hundred dollars and that permission to sue be denied, is accepted.

Sec. 3. That the recommendation of the Claims Commissioner, file number 19721 of said commissioner, that no award be granted to Quran Allen on his claim against the state in excess of seven thousand five hundred dollars and that permission to sue be denied, is accepted.

Sec. 4. That the recommendation of the Claims Commissioner, file number 19883 of said commissioner, that no award be granted to David E. Amara on his claim against the state in excess of seven thousand five hundred dollars and that permission to sue be denied, is accepted.

Sec. 5. That the recommendation of the Claims Commissioner, file numbers 18772 and 18805 of said commissioner, that no award be granted to the estate of David Baldwin on its claims against the state in excess of seven thousand five hundred dollars and that

permission to sue be denied, is accepted.

Sec. 6. That the recommendation of the Claims Commissioner, file number 19888 of said commissioner, that no award be granted to Rahsaan Black on his claim against the state in excess of seven thousand five hundred dollars and that permission to sue be denied, is accepted.

Sec. 7. That the recommendation of the Claims Commissioner, file number 19749 of said commissioner, that no award be granted to Tyrone Bonaparte on his claim against the state in excess of seven thousand five hundred dollars and that permission to sue be denied, is accepted.

Sec. 8. That the recommendation of the Claims Commissioner, file number 19752 of said commissioner, that no award be granted to Mark Bost on his claim against the state in excess of seven thousand five hundred dollars and that permission to sue be denied, is accepted.

Sec. 9. That the recommendation of the Claims Commissioner, file number 19780 of said commissioner, that no award be granted to Timothy Brelsford on his claim against the state in excess of seven thousand five hundred dollars and that permission to sue be denied, is accepted.

Sec. 10. That the recommendation of the Claims Commissioner, file number 19682 of said commissioner, that no award be granted to Eric Brown on his claim against the state in excess of seven thousand five hundred dollars and that permission to sue be denied, is accepted.

Sec. 11. That the recommendation of the Claims Commissioner, file number 19812 of said commissioner, that no award be granted to Robert A. Brown on his claim against the state in excess of seven thousand five hundred dollars and that permission to sue be denied, is accepted.

Sec. 12. That the recommendation of the Claims Commissioner, file number 19990 of said commissioner, that no award be granted to William Burke on his claim against the state in excess of seven thousand five hundred dollars and that permission to sue be denied, is accepted.

Sec. 13. That the recommendation of the Claims Commissioner, file number 20331 of said commissioner, that the claim against the state in excess of seven thousand five hundred dollars of Raymond J. Cerilli be dismissed, is accepted.

Sec. 14. That the recommendation of the Claims Commissioner, file number 19907 of said commissioner, that no award be granted to Herschel Collins on his claim against the state in excess of seven thousand five hundred dollars and that permission to sue be denied, is accepted.

Sec. 15. That the recommendation of the Claims Commissioner, file number 19871 of said commissioner, that no award be granted to Pedro Cruz on his claim against the state in excess of seven thousand five hundred dollars and that permission to sue be denied, is accepted.

Sec. 16. That the recommendation of the Claims Commissioner, file number 19657 of said commissioner, that no award be granted to Dwight Cupe on his claim against the state in excess of seven thousand five hundred dollars and that permission to sue be denied, is accepted.

Sec. 17. That the recommendation of the Claims Commissioner, file number 19958 of said commissioner, that no award be granted to Richard and Gail Dalby on their claim against the state in excess of seven thousand five hundred dollars, is accepted.

Sec. 18. That the recommendation of the Claims Commissioner, file number 19875 of said commissioner, that no award be granted to Justine Dunn on her claim against the state in excess of seven thousand five hundred dollars and that permission to sue be denied, is accepted.

Sec. 19. That the recommendation of the Claims Commissioner, file number 19746 of said commissioner, that no award be granted to Maria Guida on her claim against the state in excess of seven thousand five hundred dollars and that permission to sue be denied, is accepted.

Sec. 20. That the recommendation of the Claims Commissioner, file number 19818 of said commissioner, that no award be granted to Maurice Gulley on his claim against the state in excess of seven thousand five hundred dollars and that permission to sue be denied, is accepted.

Sec. 21. That the recommendation of the Claims Commissioner, file number 19886 of said commissioner, that no award be granted to Leroy Kamil Harris on his claim against the state in excess of seven thousand five hundred dollars and that permission to sue be denied, is accepted.

Sec. 22. That the recommendation of the Claims Commissioner, file number 19748 of said commissioner, that no award be granted to Eric Henry on his claim against the state in excess of seven thousand five hundred dollars and that permission to sue be denied, is accepted.

Sec. 23. That the recommendation of the Claims Commissioner, file number 19608 of said commissioner, that no award be granted to Latone James on his claim against the state in excess of seven thousand five hundred dollars and that permission to sue be denied, is accepted.

Sec. 24. That the recommendation of the Claims Commissioner, file number 19800 of said commissioner, that no award be granted to Simone Mayfield on her claim against the

state in excess of seven thousand five hundred dollars and that permission to sue be denied, is accepted.

Sec. 25. That the recommendation of the Claims Commissioner, file number 19736 of said commissioner, that no award be granted to Omar Miller on his claim against the state in excess of seven thousand five hundred dollars and that permission to sue be denied, is accepted.

Sec. 26. That the recommendation of the Claims Commissioner, file number 19885 of said commissioner, that no award be granted to Weldon Mobley on his claim against the state in excess of seven thousand five hundred dollars and that permission to sue be denied, is accepted.

Sec. 27. That the recommendation of the Claims Commissioner, file number 19661 of said commissioner, that no award be granted to Faustin Noel on his claim against the state in excess of seven thousand five hundred dollars and that permission to sue be denied, is accepted.

Sec. 28. That the recommendation of the Claims Commissioner, file number 19649 of said commissioner, that no award be granted to U. T. Nwachuku on his claim against the state in excess of seven thousand five hundred dollars and that permission to sue be denied, is accepted.

Sec. 29. That the recommendation of the Claims Commissioner, file number 18874 of said commissioner, that no award be granted to Donna J. Plante on her claim against the state in excess of seven thousand five hundred dollars and that permission to sue be denied, is accepted.

Sec. 30. That the recommendation of the Claims Commissioner, file number 19820 of said commissioner, that no award be granted to Bernard Powell on his claim against the state in excess of seven thousand five hundred dollars and that permission to sue be denied, is accepted.

Sec. 31. That the recommendation of the Claims Commissioner, file number 19681 of said commissioner, that no award be granted to Jose Rivera on his claim against the state in excess of seven thousand five hundred dollars and that permission to sue be denied, is accepted.

Sec. 32. That the recommendation of the Claims Commissioner, file number 19672 of said commissioner, that no award be granted to Roman Santiago on his claim against the state in excess of seven thousand five hundred dollars and that permission to sue be denied, is accepted.

Sec. 33. That the recommendation of the Claims Commissioner, file number 19887 of said commissioner, that no award be granted to Emmanuel Smith on his claim against the state in excess of seven thousand five hundred dollars and that permission to sue be

denied, is accepted.

Sec. 34. That the recommendation of the Claims Commissioner, file number 19146 of said commissioner, that no award be granted to Jose G. Torres on his claim against the state in excess of seven thousand five hundred dollars and that permission to sue be denied, is accepted.

Sec. 35. That the recommendation of the Claims Commissioner, file number 19876 of said commissioner, that no award be granted to Val Volovik on his claim against the state in excess of seven thousand five hundred dollars, is accepted.

| This act shall take effect as follows and shall amend the following sections: | | |
|---|---|---|
| | | |

**JUD**    *Joint Favorable Subst.*

The following fiscal impact statement and bill analysis are prepared for the benefit of members of the General Assembly, solely for the purpose of information, summarization, and explanation, and do not represent the intent of the General Assembly or either House thereof for any purpose:

### OFA Fiscal Note

### State Impact:

| Agency Affected | Fund-Effect | FY 07 $ | FY 08 $ |
|---|---|---|---|
| Comptroller - Adjudicated Claims Account; Various State Agencies | GF - Avoidance of Potential Cost | Significant | Significant |

Note: GF=General Fund

***Municipal Impact:*** None

### Explanation

The resolution accepts the Claims Commissioner's recommendations to dismiss claims, deny awards or permission to sue in thirty five separate claims against the state. The resolution thereby avoids a potential, significant state cost for any judgments that might be rendered against it since claimants are seeking recovery of more than $24.5 million in damages in total. It also precludes a workload increase for the Office of the Attorney General and potential significant costs to various state agencies named as defendants in the claims as these agencies would bear any litigation expenses incurred.

### The Out Years

There is no fiscal impact in the out years since the resolution resolves these claims.

**OLR Bill Analysis**

**sHJ 20**

***RESOLUTION ACCEPTING THE RECOMMENDATION OF THE CLAIMS COMMISSIONER TO DENY OR DISMISS CERTAIN CLAIMS AGAINST THE STATE.***

**SUMMARY:**

The Office of Legislative Research does not analyze Resolutions.

**COMMITTEE ACTION**

Judiciary Committee

Joint Favorable Substitute

Yea    38    Nay    0    (03/13/2006)

TOP

**Bill Status Report for Substitute for H.J. No. 20**

RESOLUTION ACCEPTING THE RECOMMENDATION OF THE CLAIMS COMMISSIONER TO DENY OR DISMISS CERTAIN CLAIMS AGAINST THE STATE.

Introduced by: Judiciary Committee
My Notes

Bill History

| Date | | Action Taken |
|---|---|---|
| 4/20/2006 | | In Concurrence |
| 4/20/2006 | | Adopted, Senate |
| 4/13/2006 | | Senate Calendar Number 361 |
| 4/13/2006 | | Favorable Report, Tabled for the Calendar, Senate |
| 4/11/2006 | | Adopted, House |
| 3/30/2006 | (LCO) | File Number 252 |
| 3/30/2006 | | House Calendar Number 182 |
| 3/30/2006 | | Favorable Report, Tabled for the Calendar, House |
| 3/30/2006 | (LCO) | Reported Out of Legislative Commissioners' Office |
| 3/24/2006 | (LCO) | Referred to Office of Legislative Research and Office of Fiscal Analysis 03/29/06 5:00 PM |
| 3/14/2006 | (LCO) | Filed with Legislative Commissioners' Office |
| 3/13/2006 | (JUD) | Joint Favorable Substitute |
| 2/23/2006 | | Public Hearing 02/27 |
| 2/22/2006 | | Referred to Joint Committee on Judiciary |

Co-sponsors of HJ-20
Report printed on 7/25/2006 10:03:55 AM. Please direct all inquiries regarding the status of bills to the House and Senate Clerks' Offices.