UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *HERSCHEL COLLINS,* | * |
| *Plaintiff,* | * |
| vs. | * CASE NO. 1:05CV02142 |
| | Judge Richard J. Leon |
| | * |
| **UNITED STATES. DEPARTMENT OF INTERIOR, et al.** | Deck Type: Civil Rights |
| | * (Non-employment) |
| | * |
| *Defendants.* | |

## MOTION TO WITHDRAW APPEARANCE

Comes now Lloyd D. Iglehart, Attorney for the Plaintiff, Herschel Collins and withdraws his appearance on behalf of the Plaintiff Herschel Collins in the above-entitled matter because of irreconcilable differences.

Respectfully submitted,

/S/

Lloyd D. Iglehart
DC Bar No. 392621
1717 K Street, NW
Suite 600
Washington, DC 20036
(202) 508-3671

## *Certificate of Service*

      I do hereby certify that on this ___ day of August 2006, a copy of the foregoing Praecipe Withdrawing Appearance, was mailed, by 1st class mail, postage prepaid, to the following:

Richard Blumenthal
Connecticut Attorney General
55 Elm Street
Hartford, CT 06103

Connecticut Division of Special Revenue
Newington Office
c/o 55 Elm Street
Hartford, CT 06103

United States Department of Interior
c/o U. S. Attorney
501 3rd Street, NW – 4th Floor
Wash., DC 20001

U. S. Attorney General
950 Penn. Ave., NW
Wash., DC 20530

National Indian Gaming Commission
1849 C Street, NW
Wash., DC 20240

Mohegan Tribal Nation
Mohegan Sun Reservation
Montville, CT

Bureau of Indian Affairs
1849 C Street, NW
Wash., DC 20240

                                                                                 _____/S/_____
                                                                                 Lloyd D. Iglehart

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HERSCHEL COLLINS,** | * |
| Plaintiff, | * |
| vs. | * CASE NO. 1:05CV02142 |
| | Judge Richard J. Leon |
| | * |
| **UNITED STATES. DEPARTMENT OF INTERIOR, et al.** | Deck Type: Civil Rights |
| | * (Non-employment) |
| | * |
| Defendants. | |

### ORDER

This matter comes before the Court upon the Motion to Withdraw Appearance, filed herein by Attorney Lloyd D. Iglehart and the Opposition thereto or lack thereof, and for good cause having been shown, and other good consideration, it is by the Court, this ___ day of _____ 2006

**ORDERED:**

That Lloyd D. Iglehart is hereby allowed to withdraw his appearance on behalf of the Plaintiff Herschel Collins and,

**IT IS FURTHER ORDERED:**

That the Clerk of this Court is hereby Ordered to strike the appearance of Lloyd D. Iglehart, as Attorney for Plaintiff Herschel Collins, in this matter.

_____
JUDGE

Copies to:

Lloyd D. Iglehart, Esq.
1519 Pennsylvania Avenue, SE
Washington, DC 20003


Richard Blumenthal
Connecticut Attorney General
55 Elm Street
Hartford, CT 06103

Connecticut Division of Special Revenue
Newington Office
c/o 55 Elm Street
Hartford, CT 06103

United States Department of Interior
c/o U. S. Attorney
501 3rd Street, NW – 4th Floor
Wash., DC 20001

U. S. Attorney General
950 Penn. Ave., NW
Wash., DC 20530

National Indian Gaming Commission
1849 C Street, NW
Wash., DC 20240

Mohegan Tribal Nation
Mohegan Sun Reservation
Montville, CT

Bureau of Indian Affairs
1849 C Street, NW
Wash., DC 20240