UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RECEIVED

AUG 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

HERSCHEL COLLINS,           [

    PLAINTIFF,            [

VS.                         [   CASE NO. 1:05CV02142

                            [   JUDGE RICHARD J. LEON

UNITED STATES DEPARTMENT OF [   DECK TYPE; CIVIL RIGHTS

INTERIOR, et al.            [

    DEFENDANTS.

MOTION TO DISALLOW WITHDRAWAL OF APPEARANCE

ATTORNEY LlOYD D. IGLEHART

---

COME NOW HERSCHEL COLLINS, PROSE PLAINTIFF AND PETITION THIS COURT TO DENY ATTORNEY LlOYD D. IGLEHART MOTION TO WITHDRAW HIS APPEARANCE AS ON BEHALF OF HERSCHEL COLLINS. PROSE PLAINTIFF MAKES THE FOLLOWING STATEMENT AS TO HIS OBJECTIONS OF THE COURT ALLOWING ATTORNEY IGLEHART TO WITHDRAW HIS APPEARANCE AS ATTORNEY. ON OR ABOUT MARCH 9, 2006 RUFUS STANCIL ASSISTED ME IN OBTAINING AN ATTORNEY IN WASHINGTON D.C., BECAUSE OF

(1)

THE CLERK OF THE COURT FAILING TO ISSUE DEFAULT PERSUIT TO RULE 55a OF THE FEDERAL RULES OF CIVIL PROCEDURE. MR. RUFUS STANCIL STATED HE KNEW AN ATTORNEY AND TO MEET HIM AT 1519 PENNSYLVANNIA AVE, SE, AND I WOULD MEET THE ATTORNEY. I ARRIVED AT THE ABOVE ADDRESS AND WAS INTRODUCED TO ATTORNEY MELVIN M. BURTON, JR. MELVIN M. BURTON, JR. INTRODUCED HIMSELF AS AN ATTORNEY; REVIEW WITH ME MY CONCERNS WITH THE CLERKS OFFICE AT THE U.S. DISTRICT COURT, D.C. DISTRICT. ATTORNEY MELVIN M. BURTON NOTICED THE CASE WAS ASSIGNED TO JUDGE LEON, AND MADE STATEMENT TO THE FACT JUDGE LEON AND HIM WERE PERSONAL FRIENDS. I STATED I WAS DOING THIS ON THE U.S. GOVERNMENT BEHALF AND WAS GIVEN AUTHORIZATION TO PROCEED FROM THE PRESIDENT. ATTORNEY BURTON STATED HOW HE AND JUDGE LEON HAD IN THE PAST RECEIVED FEE'S FOR GETTING THE JUDGE TO APPROVE DECISION. MR. RUFUS STANCIL STATED TO ATTORNEY MELVIN M. BURTON, WE DID NOT WANT ANY BACK ROOM DEALS WITH THE JUDGE AS HE HAS DONE IN THE PASS.  ATTORNEY MELVIN M. BURTON CONTACTED ME THROUGH MR. RUFUS AND REQUESTED I CONTACT HIM. I CONTACTED HIM, AND HE STATED HE WOULD ENTER HIS APPEARANCE IF I SENT HIM $ 15,000.00 RETAINER. I HAD THE $ 15,000.00 SENT TO ATTORNEY MELVIN M. BURTON, JR. MADE PAYABLE TO ATTORNEY CLAUDE W. ROXBOROUGH. UPON RECEIVING THE RETAINER AS ATTORNEY,



ATTORNEY MELVIN M. BURTON, JR. WAS TO ENTER HIS APPEARANCE ON THE ABOVE DOCKET CASE. SEVERAL MONTHS PAST AND ATTORNEY MELVIN M. BURTON, JR. OR ATTORNEY CLAUDE W. ROXBOROUGH FAILED TO ENTER THERE APPEARANCE IN THIS COURT. AFTER NUMERIOUS PHONE CALL AND VISIT TO WASHINGTON D.C. TO ATTORNEY BURTON OFFICE, HE STATED HE HAD TO GET ANOTHER ATTORNEY TO REPRESENT ME BECAUSE ATTORNEY CLAUDE W. ROXBOROUGH WAS NOT COMFORTABLE WITH THE CASE. ON MAY 3, 2006 ATTORNEY MELVIN M. BURTON INTRODUCE ME TO ATTORNEY LIOYD D. IGLEHART, AND WE SIGN AN AGREEMENT OF REPRESENTATION. ATTORNEY IGLEHART PROMISED TO ENTER HIS APPEARANCE AND REQUEST A CONFERRENCE WITH JUDGE LEON. ATTORNEY IGLEHART DELAY FILING HIS APPEARANCE UNTIL JUDGE LEON RULED ON SEVERAL PENDING MOTIONS. JUDGE LEON COURT ORDER OF DISMISSING PROSE PLAINTIFF CASE ON A 12(b)(6)(1) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM. PROSE PLAINTIFF HAD FILED WITH THIS COURT ON JANUARY 27, 2006 A RESPONSE TO THE U.S. GOVERNMENT ATTORNEY OF THE SAME MOTION AND HAD SUBMITTEDTHE RULING FROM THE U.S. COURT OF APPEALS FOR THE SECOND CIRCUIT, STATNG A PROSE PLAINTIFF CASE CANNOT BE DISMISSED ON A 12(b)(6)(1) MOTION, ALONG WITH CITATION OF COURT CASES. AFTER THE DISCOVERY ATTORNEY MELVIN M. BURTON, JR. WAS NOT A LEGALLY LICENSE ATTORNEY TO PRACTICE LAW, AND I

ASKED ATTORNEY IGLEHART, HAD ATTORNEY MELVIN M. BURTON TURNED THE $15,000.00 RETAINER OVER TO HIM, HE SAID NO. I REQUESTED ATTORNEY IGLEHART TO COLLECT THE $15,000.00 RETAINER SENT ATTORNEY MELVIN M. BURTON, JR. WHO HAD BEEN DISBARRED AS AN ATTORNEY IN 1984. ATTORNEY BURTON RECEIVED $15,000.00 FRAUDULENTLY REPRESENTING TO BE AN ATTORNEY IN GOOD STANDING WITH THE D.C. BAR, BAR COUNSEL ROSS DICKER STATED ATTORNEY BURTON HAD BEEN DISBARRED AND WAS NOT TO BE COLLECTING RETAINER FROM CLIENTS. HE ALSO STATED TO NOTIFY THE FEDERAL BUREAU OF INVESTIGATION, AND THE CLIENTS SECURITY FUND. ATTORNEY IGLEHART STATED ATTORNEY MELVIN M. BURTON WOULD NOT LISTEN TO HIM AND I HAD TO CALL ATTORNEY MELVIM M. BURTON AND REQUEST HE TURN THE MONEY OVER TO ATTORNEY IGLEHART. I CONTACTED ATTORNEY BURTON, AND DEMANDED HE RETURN MY $15,000.00 RETAINER HE RECEIVED IN MARCH 2006, MADE OUT TO ATTORNEY CLAUDE W. ROXBOROUGH. ATTORNEY MELVIN M. BURTON, JR. AGREED TO RETURN MY $15,000.00 RETAINER. HE STATED HE NEEDED A FEW DAYS TO GET MY MONEY. HE HAD PAYED OUT THE MONEY TO ATTORNEY LIOYD D. IGLEHART AND OTHERS. I STATED, WAS NOT THIS MONEY SUPPOSED TO BE IN THE CLIENTS ACCOUNT, AND SINCE WE HAVE NOT SIGNED AN AGREEMENT OF REPRESENTATION, HOW COULD YOU SPEND MY MONEY. I STATED TO ATTORNEY MELVIN M. BURTON, JR. YOU HAVE TWO DAYS TO TURN

(4)

THE $15,000.00 OVER TO ATTORNEY IGLEHART, WHO HAS BEEN GIVEN INSTRUCTION WHAT TO DO WITH THE $15,000.00. ATTORNEY BURTON REFUSED TO TURN THE MONEY OVER TO ATTORNEY IGLEHART, AND ATTORNEY IGLEHART ADMITTED ATTORNEY BURTON HAS GIVEN HIM SOME MONEY FOR EXPENSE, AND HE WAS NOT GOING TO GET INVOLVED WITH COLLECTION OF MY $15,000.00 RETAINER. I SAID TO ATTORNEY MELVIN M. BURTON, JR. WHEN YOU DEFRAUD PEOPLE OUT OF THIS KIND OF MONEY ($15,000.00) YOU ARE TO EXPECT ALL KINDS OF RETALIATION WHEN YOU FAIL TO RETURN IT. THERE ARE PEOPLE WHO WILL COME AFTER YOU IN WAY AS JIMMY HOFFA, PEOPLE COME MISSING, ETC. ATTORNEY IGLEHART STATED I THREATED HIS LIFE AS THE REASON FOR HIS MOTION TO WITH DRAW HIS APPEARANCE. THE D.C. BAR COUNSEL SAID THIS GROUP HAS BEEN DOING THIS FOR LONG TIME TO PEOPLE WHO DONOT KNOW ATTORNEY MELVIN M. BURTON, JR. HAS BEEN DISBARRED AND UNABLE TO PRACTICE LAW LEGALLY SINCE 1984. PROSE PLAINTIFF, REQUEST ORAL ARGUMENT ON THIS MOTION.

RESPECTFULLY SUBMITTED,

*[signature]*

HERSCHEL COLLINS, PROSE/ PLAINTIFF

1131-0 TOLLAND TURNPIKE

MANCHESTER, CT. 06042    860-2926417            AUGUST 9, 2006

(5)

## Certificate of Service

I do hereby certify that on this 9 day of August 2006, a copy of the foregoing Praecipe Withdrawing Appearance, was mailed, by 1st class mail, postage prepaid, to the following:

Richard Blumenthal
Connecticut Attorney General
55 Elm Street
Hartford, CT 06103

Connecticut Division of Special Revenue
Newington Office
c/o 55 Elm Street
Hartford, CT 06103

United States Department of Interior
c/o U. S. Attorney
501 3rd Street, NW – 4th Floor
Wash., DC 20001

U. S. Attorney General
950 Penn. Ave., NW
Wash., DC 20530

National Indian Gaming Commission
1849 C Street, NW
Wash., DC 20240

Mohegan Tribal Nation
Mohegan Sun Reservation
Montville, CT

Bureau of Indian Affairs
1849 C Street, NW
Wash., DC 20240

Herschel Collins, Prose Plaintiff
1131-0 Tolland Turnpike
Manchester, CT. 06042