UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HERSCHEL COLLINS,                          *

          Plaintiff,                    *

vs.                                        * CASE NO. 1:05CV02142
                                  Judge Richard J. Leon
                         *

UNITED STATES. DEPARTMENT OF         Deck Type: Civil Rights
INTERIOR, et al.                           *      (Non-employment)

                         *

          Defendants.

## MOTION TO WITHDRAW APPEARANCE

Comes now Lloyd D. Iglehart, Attorney for the Plaintiff, Herschel Collins

and withdraws his appearance on behalf of the Plaintiff Herschel Collins

in the above-entitled matter because of irreconcilable differences.

Respectfully submitted,

/S/

Lloyd D. Iglehart
DC Bar No. 392621
1717 K Street, NW
Suite 600
Washington, DC 20036
(202) 508-3671

*Consultants*
**MELVIN M. BURTON, JR. & ASSOCIATES**
*1519 Pennsylvania Avenue, SE*
*Washington, DC 20003*

July 27, 2006

Mr. Raymond A. Roncari
168 Elm Street
Windsor Locks, CT 06096

Dear Mr. Roncari:

I have enclosed herein check number 1310, in the amount of $15,000.00 (Fifteen Thousand Dollars), which represents reimbursement of the amount sent on behalf of Herschel Collins.

Sincerely,

Melvin M. Burton, Jr.

MMB/ac

cc:  Herschel Collins
(US Express Mail)

# OFFICE OF BAR COUNSEL
## THE BOARD ON PROFESSIONAL RESPONSIBILITY
## DISTRICT OF COLUMBIA COURT OF APPEALS

409 E Street, NW
Building B, Room 228
Washington, D.C.  20001
(202)638-1501    Fax (202)638-0862

*(Please print or type.)*

Date: _July 24, 2006_

A.  Your Name:  (Dr.)
(Mr.)
(Ms.)
(Mrs.)  _Herschel      L.      Collins_
(First)              (Initial)              (Last)

Address: _PMB-161      1131-0 Tolland Turn Pike_
(Street)                                      (Apt. #)
_Manchester,      CT.      06042_
(City)              (State)              (Zip)

Business Telephone: _860-254-5506_  Home Telephone: _860-291-6417_ Cell: _860-997-6901_
(NOTE: It is very important that we have your telephone number(s) and that you inform our office if  you have a change of address.)

B.  Attorney Complained Of: _Melvin M. Burton Jr._

Name: _Claude      W.      Roxborough_
(First)              (Initial)              (Last)
Address: _1519 Pennsylvania Avenue, S.E._
(Street)                                      (Apt. #)
_Washington      D.C.      20003_
(City)              (State)              (Zip)
Telephone No. : _202-332-7600_           Attorney's Bar No., if known: _____

C.  Have you filed a complaint about this matter anywhere else?  If yes, please give details. ___NO___

_____

_____

D.  Do you have a written retainer agreement with the attorney?  If yes, please attach a copy.

___No_____

E.  Where applicable, state the name of the court where the underlying case was filed, and the case name and number.
_U.S. District Court. D.C. District  1:05CV2142(RJL)_
_Collins v. U.S. Dept of Interior filed 11/2/05 Prose Plaintiff_
_Cancell check #15,500 made payable_ ESQ
F.  Do you have other documents that are relevant?  If yes, please give details and provide copies. _Claude W. Roxborough_
_Sent by my Partner To Attorney Melvin M. Burton, Jr. Reference._

## SEE REVERSE SIDE FOR REQUIRED DETAILS & SIGNATURE

G.  DETAILS OF COMPLAINT: _I need to Have Attorney for Docket # 1:05CV2142(RJL)_
_To make Sure T were cross And I were Dotted Mr. Rufus Stancil_

Said He Had an Attorney for me, His name was Melvin M. Burton, Jr. I went to Attorney melvin m. Burton Jr. office. At 1519 Pennsylvania Ave. SE. Attorney Melvin M. Burton, Jr. Agreed To represent me As Attorney After reviewing Documents. In March 2006. I was Contacted by Attorney Melvin m. Burton In March 15, 2006 where He requested a Retainer of $15,000 To represent me In Court, I Had Him Speak To my Partner To Arrange Payment of the $15,000 Retainer To Melvin M. Burton, Jr. ESQ Attorney Melvin M. Burton Had mr Roncari make the Check payable To Attorney Claude W. Roxborough the Check was for $15,500 over Payment of $500. Attorney Melvin M. Burton, Jr. was To Enter his Appearance upon Receiving $15,000 Retainer In Case Docket# 05-2142 (RJL) Attorney Burton Deposited $15,000 Retainer In His Trustee Account and Has Refused To Return the Retainer when Attorney Claude W. Roxborough Refused To get Involved we never signed an Agreement And He Delay for 60 Days, Dishonest Deceit Not let Client Know He was Disbarred In 1984 Introduce Attorney Iglehart. Sign Agreement with Attorney Iglehart 6/3/06, melvin m. Burton made out a check for $500 for over Payment and Kept the $15,000 To Date he Has not Returned the $15,000 Retainer He Received As Attorney for Henschel Collins v. U.S. Dept of Interior, I Have Request Attorney Iglehart To Have Attorney melvin m. Burton, Jr. Return my $15,000 Retainer He Has Refused I file this Complaint To Recover my $15,000 Retainer In melvin M. Burton, Jr. Account

**The Undersigned hereby certifies to the Office of Bar Counsel
that the statements in the foregoing Complaint are
true and correct to the best of my knowledge.**

_____
SIGNATURE

*The Law Firm Of*
## *LLOYD D. IGLEHART & ASSOCIATES*
### *17 K Street, N. W., Suite 600*
### *Washington, D. C. 20036*
*(202) 508-3671*

## <u>RETAINER AND FEE AGREEMENT</u>
### *(CORPORATE/INDIVIDUAL REPRESENTATION)*

I, **Herschel L. Collins**, resident at **35 Jeffrey Alan Drive, Manchester,**

**CT**, on this ___ day of May 2006, do hereby retain and employ the LAW FIRM

OF LLOYD D. IGLEHART to represent me in the following matter: <u>Agreement in</u>

<u>Federal Court, Washington, DC, Docket No.: 105 CV 21429 (RJL)</u> for the

following fee: **$225.00**, per hour.

I am informed that Attorneys may not ethically pay the costs of litigation for clients. I agree to pay all costs for maintaining my claim. "Costs" include, but are not limited to the cost of medical reports, filing suit, witness subpoenas, long distance calls, travel, legal research assistance and all disbursements deemed necessary by my attorney for effective performance of legal services.

LLOYD D. IGLEHART & ASSOCIATES, agrees to investigate my claim and I agree to cooperate with them as requested, in locating witnesses, securing testimony and in preparing it and if my claim does not have merit, then the attorneys have the right to cancel this Agreement. LLOYD D. IGLEHART & ASSOCIATES, agree to inform me in writing of cancellation.

LLOYD D. IGLEHART & ASSOCIATES, may in their absolute discretion, withdraw at any time from the claim if investigation discloses no insurance or no defendant's liability.

If there is any disagreement between this Law Firm and the client as to work performed, withdrawal of legal services and/or termination of legal services. Lloyd D. Iglehart & Associates' hourly fee shall be based on **$225.00** per hour for any and all legal services. The Retainer Fee paid by client is not refundable.

1

No representation has been made to me as to what amount, if any, I may be entitled to recover in this claim. I agree *not* to accept any offer of settlement unless it is first discussed and recommended by my attorneys.

In the event I, for any reason, discharge LLOYD D. IGLEHART & ASSOCIATES, I agree to pay their legal fees of **$225.00**, per hour and to reimburse them for all costs and expenses advanced.

This Agreement has been explained to me and I have had an opportunity to discuss it with the Law Firm of Lloyd D. Iglehart & Associates.

_____
Client's Signature

Date: May 6, 2006

_____
Social Security Number

_____
Attorney's Signature

2

Security enhanced document. See back for details.

**MELVIN M. BURTON JR.**
**TRUSTEE ACCOUNT**
1519 PENNSYLVANIA AVE. S.E.
WASHINGTON, DC 20003

1257

15-3/540
526

DATE _5/3/06_

PAY
TO THE
ORDER OF_ Mr Herschel Collins_    $ 509.00

_Five Hundred and_ _____ DOLLARS

**PNCBANK**

PNC Bank, N.A.    040
Washington DC

FOR _____

⑆001257⑆ ⑈054000030⑈ 53000970003⑆



**Herschel Collins U.S. Senate**
P M B 161-1131-0 Tolland Tpke
Manchester CT 06042
860-995-8131
860-997-6901

*Chief Justice*
Supreme Court of the United States
Office of the Circuit Executive
Jill C. Sayenga, Circuit Director
1 First Street, NE
Washington, D.C. 20543

Re: U.S. District Courts, Clerks, Employees, and Administrative Appointed Judges of the Federal Circuit, not applying the law equally and violations of the 14th amendment of the United States Constitution, the inferior court of the Supreme Court feel they are the Supreme Court of the United States; the Federal Rules of Civil Procedure do not apply to them.

---

Honorable Jill Sayenga;
        I am writing to you with a complaint about the Circuit and District Courts of the United States. I am a team leader for the President of the U.S. and U.S. Senate Candidate. I wish to file the following complaint about two U.S. District Courts, U.S. District Court, D.C. District, Clerks of the Court and Administrative Case assigned Judges. I filed a civil complaint in the about D.C. District Court, November 2, 2005. (Collins vs. U.S. Dept of Interior, Docket # 05-2142(RJL)) On November 4, 2005 Complaints and Summons were served on Defendants, date was November 4, 2005, and returns of service, was returned to the Office of the Clerk on November 4, 2005. Two Defendants in this case did not appeal or file an answer to complaint after service. The two Defendants were the Mashantucket Pequot's (Foxwoods Casinos) and Mohegan Tribal Nation (Mohegan Sun Casinos). The Mashantucket Pequot's and Mohegan Tribal Nation dead line of 20 days to respond ended on November 25, 2005; on January 11, 2006 I filed a Motion of Default pursuit to Rule 55a of the Federal Rules of Civil Procedure (See Attached filing) to the Clerk of the Court for the D.C. District, to date the Clerk of the Court Nancy Mayer-Whittington has not instructed the Deputy Clerk to issue Default which is the job of the clerk of the court pursuit to Rule 55a of F.R.C.P. Recently in June the Judge assigned to the Case ruled on 55a and denied default because the court was to lazy to look in the file to see had service been made and returned. (2) The second case I had filed in U.S. District Court, where the defendants who were served summons and complaints failed to appear in court. The second case was titled Collins vs. Ford Motor Company, Docket # 3:01CV2060 (CFD)(AVC) again I filed for default under Rule 55a of the F.R.C.P. Default Clerk of the U.S. District Court, District of Connecticut Barbara Grady was just assigned the job of Default Clerk, Barbara Grady was not trained by Kevin Rowe, Clerk of Court for the District of Connecticut for the job she was given. Barbara Grady Called Judge Droney Chamber for instruction on what to do. Judge Droney reply to Barbara Grady Deputy Clerk, do not issue Default under Rule55a. For a period of eight months Judge Droney would not allow the Clerk, to do there jobs under the Federal Rules of

Civil Procedure. Eight Month after Default was filed and no appearance of the defendant who had defaulted, Judge Droney issued a Court Order for the Defendants who had failed to appear to appear before him to show cause why default should not be issued. I file this complaint because of the damage that has caused me to spend $15,000.00 for Attorneys to protect me from the Inferior Courts under the U.S. Supreme Court, which was created under the U.S. Constitution. I feel as a free born American serving in the U.S. Military to protect and defend the U.S. Constitution. Two times recently I have paid to the U.S. Government, U.S. Judicial Branch of Government, under the Separation of Powers Act $250.00 filing Fee's to have a dispute settled in U.S. District Courts for violation of Civil and Constitutional rights of the 14th Amendment and Federal Statutes. I file this complaint to recover damages from court personnel and my losses of Court Practices of discrimination, because of Race, Color, Creed, or National Origin.

Respectfully Submitted;

Herschel Collins, Complainant
PMB 161
1131-0 Tolland Turnpike
Manchester, Ct. 06042
860-997-6901/ 860-995-8131
July 17, 2006

Elizabeth HERMAN
D.C. BAR Association
Office of BAR Counsel
202-638-0862


RE: Report your office Sent To Investigators
     of Roncari Industries (melvin M. Barton JR. ESQ)


Dear Ms. HERMAN;
      In Reference To your InQuirecy + Investigation
you STATED melvin M. Barton, JR. WAS DisBarned
AS AN Attorney In 1984. I Have been Requested
By your office To Respond To your InQuirecy.
(1) I did meet with melvin M. Barton march 2006
To Discuss Representation AS our Attorney In the
U.S. District Court, for the D.C. District. 05-2142(RJL)
(2) melvin M. Barton Contacted me About Being
    our Attorney of Record,    I Gave them $15,000
    Retainer, I Asked would He Take a percentage
    of Settlement, He Said no.
(3) I Had Ray Roncari, Speak To melvin m. Barton
    About Being our Attorney. Ray Roncari Sent a
    Check To melvin m. Barton, JR. In the Amount
    of $15,500 By mail To melvin m. Barton, made
    Payable To Claude RoxboroughES9, I Have not
    Heard from. Ray Roncari Since this Investigation

I Immagine my Assoceate & Ray Romicani think I was Hoodwink them with the Retainer pay. made To Melvin M. Burton, Jr. Made payable To Attorney Claude Roxborough. Attorney Roxborough After Recieving the $15,500 Check on Behalf of Attorney Melvin M. Burton, Jr. Attorney Melvin M. Burton, Introduced me To Attorney Lloyd Iglehart who I Sign a Agreement To Represent me on Collins V. U.S. Dept of Interior. Attorney Melvin M. Burton, Jr. And Claude Roxborough Attorney Are still In possession of my $15,000. And Have not Returned Said Retainer Back To Herschel Collins, or Attorney Iglehart.


Respectfully Submitted


Herschel Collins, Prose
Herschel Collins, Prose
Plantiff
PMB-161
1131-0 Tolland Turnpike
Manchester, CT. 06042
860-292-6417
July 29 2006

Elizabeth HERMAN
D.C. BAR Association
Office of BAR Counsel
202-638-0862 fax


RE: Report your office Sent To Investigators
    of Roncari Industries (melvin M. Burton Jr. ESQ)


Dear MS. HERMAN;
    In Reference To your Inquirey + Investigation
your office STATED melvin M. Burton, JR. WAS Disbarred
As An Attorney In 1984. I Have been Requested
By your office To Respond To your In Quirey.
(1) I did meet with melvin M. Burton march 2006
To Discuss Representation As our Attorney In the
U.S. District Court for the D.C. District.

(2) melvin M. Burton Contacted me About being
    our Attorney of Record,    I Gave them $15,000
Retainer, I Asked would He Take a percentage
of settlement, He said no.

(3) I Had Ray Roncari, Speak To melvin m. Burton
    About being our Attorney. Ray Roncari Sent a
Check To melvin m. Burton, Jr. In the Amount
of $15,500 By mail To melvin m. Burton, made
PayAble To Claude Roxborough ESQ. I Have not
HEard From Ray Roncari Since this Investigation

I Immagine my Associate & Ray Romcani think I was Hoodwink them with the Retainer pay made To Melvin M. Burton, Jr. Made payable To Attorney Claude Roxborough. Attorney Roxborough After Recieving the $15,500 Check on Behalf of Attorney Melvin M. Burton, Jr. Attorney Melvin M. Burton, Introduced me To Attorney Lloyd Iglehart who I Sign a Agreement To Represent me on Collins V. U.S. Dept of Interior. Attorney Melvin M. Burton, Jr. And Claude Roxborough Attorney Are still In possession of my $15,000. And Have not Returned said Retainer Back To Herschel Collins or Attorney Iglehart.

Respectfully Submitted

Herschel Collins, Prose
Herschel Collins, Prose
Plaintiff
PMB-161
1131-0 Tolland Turnpike
Manchester, CT. 06042
860-292-6417
July 29 2006



**Herschel Collins U.S. Senate**
P M B 161-1131-0 Tolland Tpke
Manchester CT 06042
860-995-8131
860-997-6901

202-638-0862 fax

Office of BAR Counsel
Elizabeth Herman
Complaint of Attorney or Disbarred
Attorney Hoodwinking Clients
And obtaining Retainer As Attorney
And Having other Attorney front
To Decieve Client Needing an Attorney
I will Send Hard Copy Signatures
Attorney Melvin M. Burton, Jr.
Through Attorney Claude W. Roxborough
Continue To obtain Retainer & Clients
After Being Disbarred. Return of
My $15,000 Retainer will Suffice
To Drop Claim



Herschel Collins U.S. Senate
PMB 161-1131-0 Tolland Tpke
Manchester CT 06042
860-995-8131
860-997-6901

7/19/06

Elizabeth Herman

Office of Bar Counsel

202-638-0862.

RE: Melvin M. Burton, Jr. (Disbarred Attorney, Consulting)
    Check made payable To Claude Roxbury, Esq (cash by Burton)

Ms. Herman: Here a Copy of All Document you Requested
After Informing me Melvin M. Burton was. Disbarred from
the Practice of Law In 1984. (1) Letter Head (2) Copy
of $500 Refund from. Atty Burton Trust Account (3) Agreement
with Atty Iglehart He Assigned this Case To. Attorney
Burton Recieved $15,500 from. my partner Raymond
Roncari March 2006 To protect me from the Court After
filing Default 55a In U.S. District. Attached is Copy of me.
Roncari Bank Account at Sovereign Bank. Three $15,000 In
Melvin M. Burton, Jr. Attorney Trustee Account.

Herschel Collins, U.S. Senate
860-292-6417

TO: BAR for District of Columbia
Office of BAR Counsel
ATTN: Elizabeth Herman or Ross Dickens
202-638-0862 fax

RE: Complaint: Melvin M. Burton, Jr. ESQ
Claude W. Roxborough, ESQ, Lloyd Iglehart, ESQ (my Atto
$15,000 Retainer Given Melvin M. Burton March 20
Made Payable To Attorney Claude W. Roxboroug.
Instruction were Given for Melvin M. Burton, Jr.
And Claude W. Roxborough To Turn the $15,000.00
Retainer over To my Attorney Lloyd Iglehart
who Had been given my Routing & Account Numbe
HERE a Copy of the Check Attorney melvin
M. Burton sent me. He made the Check
Payable To Ray Roncani who only sent the
Money on my behalf from my funds In his
Account, from a Settlement. this Check is proof
that Melvin M. Burton & Associate Claude w. Roxbo,
Tried To Defraud Clients with NO Intention of
Legal Representation.

Herschel Collins
860-292-6417

C.C.
Director Mullen F.B.I.
U.S. Attorney General
U.S. Attorney

301-596-9025 fax                                              July 29, 2006

Attorney Lloyd Iglehart

I Recieved this Letter from you dated
July 27, 2006. I Also Today Recieved a
Copy of this Check from Melvin M. Burton, JR
Addressed To Raymond A. Roncari for $15,000
I Gave you Instructions on my Account Number
And what To Do with the $15,000. I WAS
Instructed By the D.C. Bar, office of Bar
Counsel Ross Dickens on what you were To
Do To Remove a Complaint Being filed
with Clients Security fund And notification
of F.B.I As being Con men. The Copies
of Grievence + Letter To Robert Muller
Direction of the F.B.I Had not Been Sent
Per your Request. IF I Have not Heard
from you By July 30, 2006 I will Express
mail Everything, I Sent you a Copy And make
a personal Visit To D.C. To make Sure it is
Enforced. Since Raymond Roncari Sick And Hospitalized
How Am I suppose To pay you. Mr. Burton
forgot He Gave me $500 Back on over payment Now
you Send my money To Ray Daughter Address.
they will Cash it this why Ray Stop helping them
they messup his money millions of Dollars
                                              It Calls