# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| *HERSCHEL COLLINS,* | * | |
| *Plaintiff,* | * | |
| *vs.* | * | *Case No.: 1:05 CV 02142* |
| | | *Judge Richard Leon* |
| *U. S. DEPARTMENT OF* | * | |
| *INTERIOR, et al.,* | | |
| | * | |
| *Defendant.* | | |

## REPLY TO PLAINTIFF'S MOTION TO DISALLOW WITHDRAWAL OF APPEARANCE

Comes now Lloyd D. Iglehart, and for his Reply to Plaintiff's Motion to Disallow Withdrawal of Appearance and states the following:

1.      On or about August 3, 2006, I filed with the Court, a Praecipe to Withdraw my Appearance on behalf of Plaintiff, Herschel Collins, citing as the reason therefor, irreconcilable differences.

2.      Thereafter, on or about August 14, 2006, Plaintiff Herschel Collins filed with the Court, a Motion to Disallow Withdrawal of Appearance.

3.      After having entered into a Retainer Agreement to represent the Plaintiff, in his ProSe litigation against the Department of Interior, et al, I e-filed my appearance to represent the Plaintiff, Herschel Collins.  (See Exhibits "A" and "B")

4.      That in preparation to abut the Plaintiff's ProSe allegations, I

researched and reviewed case law involving gambling casinos and cases related
to the Indian Nations.

5.    Thereafter, I e-filed documents with the Court to supplement the ProSe filings of the Plaintiff, Herschel Collins.

6.    On July 17, 2006, the Court issued an Order, dismissing from the Plaintiff's case, the Connecticut Division of Special Revenue and Connecticut Attorney General Richard Blumenthal, leaving as Defendants two (2) Indian Tribes, Mashantucket Peugeot Tribe and the Mohegan Tribal Nation.

7.    Upon receipt of the Order of Dismissal of the Connecticut Defendants, I spoke with Mr. Collins to discuss with him my intention to file a Motion for Reconsideration of the Order of Dismissal of the Connecticut Defendants and was told by Mr. Collins that he had already filed with the Court, his own ProSe Motion to Reconsider the Order of Dismissal entered by the Court on July 17, 2006.

When I told him that I would file a Supplemental Motion to his Motion for Reconsideration, Mr. Collins told me not to file any further documents with the Court and demanded a return of his $15,000.00.

8.    On July 27, 2006, I confirmed by letter to Mr. Collins, that he had requested that I do no further filings in his case.  (See attached Exhibit "C".)

9.    Immediately after my conversation with Mr. Collins, he requested that I file nothing further in his case, he became, irate, threatening me and my family and requested a return of the $15,000.00.

10.    Mr. Collins commenced a multitude of telephone calls to my office and

cell phone throughout the day and into the late hours of night. In these phone calls,

Mr. Collins threatened to do bodily harm to me and my family and using the name of

Jimmy Hoffa, stated that I would be picked up on the street and that my family would

never see me again. Thereafter the calls continued, four (4) or (5) times per day.

Additionally, I found out that the family of Raymond Roncari had to call the police to

get Mr. Collins removed from their family property in Connecticut (after he learned of

the return of the $15,000.00 check to the Roncari family in Connecticut), I then filed

my Motion to Withdraw. (See Exhibit "D").

11.    I am of the opinion that Mr. Collins never had a sincere interest in

securing an Attorney to help him in his case and this is confirmed by the fact that he

continued to act and file ProSe matters after he had retained me in his case.

**Wherefore**, it is respectfully requested that I be allowed to withdraw my

appearance on behalf of Herschel Collins.

Respectfully submitted,

/S/

Lloyd D. Iglehart, #392621
1717 K Street, N. W., Suite 600
Washington, D. C. 20036
(202) 508-3671

I do hereby certify that on this 28 day of August 2006, a copy of the foregoing Reply to Plaintiff's Motion to Disallow Withdrawal of Appearance, was mailed, by 1st class mail, postage prepaid, to the following:

Richard Blumenthal
Connecticut Attorney General
55 Elm Street
Hartford, CT 06103

Connecticut Division of Special Revenue
Newington Office
c/o 55 Elm Street
Hartford, CT 06103

United States Department of Interior
c/o U. S. Attorney
501 3rd Street, NW – 4th Floor
Wash., DC 20001

U. S. Attorney General
950 Penn. Ave., NW
Wash., DC 20530

National Indian Gaming Commission
1849 C Street, NW
Wash., DC 20240

Mohegan Tribal Nation
Mohegan Sun Reservation
Montville, CT

Bureau of Indian Affairs
1849 C Street, NW
Wash., DC 20240

Lloyd D. Iglehart