*The Law Firm Of*
**LLOYD D. IGLEHART & ASSOCIATES**
*17 K Street, N. W., Suite 600*
*Washington, D. C. 20036*
*(202) 508-3671*

## RETAINER AND FEE AGREEMENT
## (CORPORATE/INDIVIDUAL REPRESENTATION)

I, **Herschel L. Collins**, resident at **35 Jeffrey Alan Drive, Manchester, CT**, on this __3__ day of May 2006, do hereby retain and employ the LAW FIRM OF LLOYD D. IGLEHART to represent me in the following matter: **Agreement in Federal Court, Washington, DC, Docket No.: 105 CV 21429 (RJL)** for the following fee: **$225.00**, per hour.

I am informed that Attorneys may not ethically pay the costs of litigation for clients. I agree to pay all costs for maintaining my claim. "Costs" include, but are not limited to the cost of medical reports, filing suit, witness subpoenas, long distance calls, travel, legal research assistance and all disbursements deemed necessary by my attorney for effective performance of legal services.

LLOYD D. IGLEHART & ASSOCIATES, agrees to investigate my claim and I agree to cooperate with them as requested, in locating witnesses, securing testimony and in preparing it and if my claim does not have merit, then the attorneys have the right to cancel this Agreement. LLOYD D. IGLEHART & ASSOCIATES, agree to inform me in writing of cancellation.

LLOYD D. IGLEHART & ASSOCIATES, may in their absolute discretion, withdraw at any time from the claim if investigation discloses no insurance or no defendant's liability.

If there is any disagreement between this Law Firm and the client as to work performed, withdrawal of legal services and/or termination of legal services, Lloyd D. Iglehart & Associates' hourly fee shall be based on **$225.00** per hour for any and all legal services. The Retainer Fee paid by client is not refundable.

EXHIBIT "B"

1

No representation has been made to me as to what amount, if any, I may be entitled to recover in this claim. I agree *not* to accept any offer of settlement unless it is first discussed and recommended by my attorneys.

In the event I, for any reason, discharge LLOYD D. IGLEHART & ASSOCIATES, I agree to pay their legal fees of **$225.00**, per hour and to reimburse them for all costs and expenses advanced.

This Agreement has been explained to me and I have had an opportunity to discuss it with the Law Firm of Lloyd D. Iglehart & Associates.

_____
Client's Signature

Date: May 6, 2006

_____
Social Security Number

_____
Attorney's Signature

2