Law Office
**LLOYD D. IGLEHART**
*1717 K Street, N. W.*
*Suite 600*
*Washington, D. C. 20036*
(202) 508-3671
Fax: (301) 596-9025

July 27, 2006

Herschel Collins
1131-10 Tolland Turnpike
PMB 161
Manchester, CT 06040

      Re: Herschel Collins
         vs.
        U. S. Dept. of Interior, et al.
        Civil Action No.: 1:05 CV 02142 (RJL)

Dear Mr. Collins:

  This is to confirm your request to me that you do not desire me to file a Motion with the United States District Court in the above entitled matter to have the Court reconsider its Order of Dismissal, dated July 17, 2006, as it applies to the Defendants, Connecticut Division of Special Revenue and Richard Blumenthal, the Attorney General of the State of Connecticut.

  Your reason was based upon the fact that on or about July 20, 2006, you filed with the Court, a ProSe Motion to vacate the Order of July 17, 2006.

            Sincerely,

            Lloyd D. Iglehart

LDI/ac



EXHIBIT "C"