# STAPLES copy&printcenter

## Complimentary Fax Cover Sheet

**To:** Melvin Burton

**From:** Herschel Collins And Ray Roncari

**Fax #** (202) 547-6895

**Phone #** (860) 995-8131

**Date:**

☑ Urgent  ☐ Confidential  ☐ Confirm Receipt

**Number of Pages: (Including Cover)**

**Reply Fax #:**

**Message:** We Need The Attorneys Hired To Co-Counsel Docket # 1:05CV02142 (RJL) To Immediately Have Judge Leon Act On this Docket. Here a Copy of the TRO filed on 11/2/05 And News Article where Foxwood Casino a Defaulted defendant fail to appear In this Case. Call me when you Recieved this at 860-995-8131

The information contained in this communication is confidential, may be privileged, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying is strictly prohibited. Please notify us by telephone immediately if you received this communication in error.

---

Staples Copy & Print Centers also offer these additional services:

- High Speed Black & White Copying/Printing
- Digital Color Copying/Printing
- Custom Printing
- Binding Services
- Laminating Services
- Custom Checks & Forms
- Convenient Self-Serve Copiers
- Custom Stamps & Engraving
- Personalized Calendars



STAPLES copy&printcenter

STAPLES Store #224
14 Hazard Ave. Rt. 190
Enfield, CT 06082

Phone: 860-745-1699
Fax: 860-745-1438



EXHIBIT # 1