**PAUL W. SMITH**
ATTORNEY AT LAW
27 S. Main Street
P.O. BOX 338
WINDSOR LOCKS, CONNECTICUT 06096
(860) 627-0513
FAX (860) 623-1026
attorneypaulsmith@hotmail.com

Gwendolyn S. Bishop

August 25, 2006

VIA FACSIMILE 202-547-6895
US MAIL

Lloyd D. Iglehart
Claude W. Roxborough
Melvin M. Burton, Jr.
1717 K Street NW
Suite 600
Washington, DC 20036

RE: Raymond A. Roncari Retainer

Gentlemen:

This office represents the family of Raymond A. Roncari. Mr. Roncari forward money to you as a retainer. The money was promptly returned to Mr Roncari, and the check has been deposited and cleared his account.

Mr Roncari recently passed away. As far as the Roncari family, his spouse and heirs are concerned this matter is closed.

Thank you for your prompt attention in returning the retainer.

Very truly yours,

Paul W. Smith

EXHIBIT #2

| | | |
|---|---|---|
| **HERSCHEL COLLINS,** | * | |
| Plaintiff, | * | |
| vs. | * | Case No.: 1:05 CV 02142<br>Judge Richard Leon |
| **U. S. DEPARTMENT OF<br>INTERIOR, et al.,** | * | |
| | * | |
| Defendant. | | |

## AFFIDAVIT

Rufus Stancil, having been duly sworn on oath, deposes and says:

1. I am Rufus Stancil, 7746 – 16th Street, N. W., Washington, DC 20012.

2. On or about March 9, 2006, I met up with Herschel Collins, and had a conversation with him, at his request, concerning a Complaint which he had filed in Case No. 1:05 CV 02142. Mr. Collins told me about the case and stated that he was representing himself in the case and that he had been trying to get the Court to act on documents which he had filed with the Court but could not get the Court to do so.

3. Further, he stated that he wanted to talk with the Judge, or someone in the Clerk's office.

4. He asked me if I knew anyone at the United States District Court or

1

in the Clerk's Office and when I told him that I did not know of anyone. Then he asked me whether I could contact anyone at the Court and in addition, he asked whether I knew any person who may be politically connected who could get him a meeting with the Court.

5. I told Mr. Collins that I knew Melvin Burton, who was politically connected, who was not a lawyer, but who worked as a paralegal for a law office. He asked me if I could take him to meet Mr. Burton.

6. At approximately 2:30 P. M., on March 9, 2006, I took Mr. Collins and his wife to the office where Mr. Burton was located and sat with them during the discussion between Mr. Burton, Mr. Collins and Mrs. Collins.

7. Mr. Collins told Mr. Burton that he had filed a suit with the United States District Court where he represented himself and that the Clerk of the Court would not enter a default. That he wanted someone, who could get him an appointment with the Court and that he was handling his own case and needed to talk with someone at the Court.

8. During the meeting, Mr. Burton told Mr. Collins that he was not a lawyer, that he was a political consultant, knew others in politics and that he was serving as a paralegal for the law office. Mr. Collins then asked Mr. Burton to inquire among his political friends and acquaintances to see whether any of them knew anyone at the Court or in the Clerk's office. Mr. Burton also told Mr. Collins that he did not think any of his political acquaintances would want to contact anyone at the Court and that any contact would be improper.

9. Despite what Mr. Burton told Mr. Collins, Mr. Collins asked Mr.

Burton to contact his political friends anyway and let him know what they said.

10. Mr. Burton agreed to contact his political friends and acquaintances and let Mr. Collins know what they said.

11. Thereafter, in other conversations with Mr. Collins, I was told that the matter was still ongoing because Mr. Burton was making contact with his political friends.

**Further,** the Affiant sayeth not.

_____
Rufus Stancil

**SUBSCRIBED and SWORN** to before me, this 28th day of August 2006.

_____
Notary Public, DC

My Commission Expires: January 31, 2025

3