UNITED STATES DISTRICT COURT

FOR THE D.C. DISTRICT

**RECEIVED**
APR 0 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

HERSCHEL COLLINS

PROSE PLAINTIFF

VS                                           DOCKET # 05-2142 (RJL)

U.S. DEPT OF INTERIOR, ET AL

DEFENDANTS

NOTICE OF APPEAL
_____

PLAINTIFF PROSE SERVE NOTICE ON THE COURT, I PLAN TO

APPEAL THE RULING OF JUDGE LEON ORDER OF MARCH 15, 2007

COURT ORDER DENYING DEFAULT FILED WITH THE CLERK OF

THE COURT JANUARY 11, 2006 AND NOT RECORDED BY DOCKET

1

CLERK JACKIE FRANCIS UNTIL JANUARY 27, 2006. THE APPEAL COMES AS A RESULT OF TWO FEDERALLY RECONIZED INDIAN TRIBES FAILURE TO APPEAR OR DEFEND THE ACTION PURSUIT TO RULE 4 OF THE F.R.C.P. PROSE PLAINTIFF PETITIONED THE CLERK OF THE COURT FOR DEFAULT PURSUIT TO RULE 55(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE. THE CLERK OF THE COURT FAILED TO HAND THE BUSINESS OF THE COURT IN AN EXPEDITIOUS MANNER. A COMPLAINT HAS BEEN FILED WITH THE U.S. DEPARTMENT OF JUSTICE AND THE CIRCUIT EXECUTIVE AGAINST CLERKS OF THE COURT JACKIE FRANCIS, COURT ROOM DEPUTY WAYNE BURWELL AND JUDGES LEON LAW CLERKS, WHO HAVE DISCRIMINATED AGAINST PROSE PLAINTIFF BY NOT GRANTING WHAT THE LAW ALLOWS, WHEN A DEFENDANT FAILS TO APPEAR AFTER BEING SERVED SUMMONS AND COMPLAINT. PROSE PLAINTIFF WAS ACTING ON THE REQUEST OF THE UNITED STATES GOVERNMENT. JUDGE LEON RULING AND DISMISSAL WAS ON RULE 55(b) DEFAULT JUDGMENT. PROSE PLAINTIFF HAD NEVER PETITIONED JUDGE LEON FOR DEFAULT JUDGMENT. PROSE PLAINTIFF HAD PETITIONED THE CLERK OF THE COURT FOR

DEFAULT PURSUIT TO RULE 55(a). JUDGE LEON HAS STATED PROSE PLAINTIFF HAD NOT PROVIDED ADDIQUTE PROOF OF SERVICE, ONLY A RETURN OF SERVE SERVED ON THE U.S. ATTORNEY, JUDGE LEON LEGISLATING FROM THE BENCH, THE U.S. CONSTITUTION GIVES THE U.S. GOVERNMENT THE POWER UNDER TREATIES TO HAVE JURISDICTION OVER THE MASHANTUCKET PEQUOTS AND MOHEGAN TRIBAL NATION. WHEN THE U.S. GOVERNMENT AND THE FEDERALLY RECONIZED INDIAN TRIBES ARE BOTH DEFENDANTS, THE U.S. GOVERNMENT TAKES SERVE FOR THE INDIAN TRIBES UNDER TREATY LAW, UNLESS THE U.S. GOVERNMENT SUING THE INDIAN TRIBES.

RESPECTFULLY SUBMITTED;

*[signature]*

HERSCHEL L. COLLINS, PROSE

PLAINTIFF

PMB-161

1131-0 TOLLAND TURNPIKE

MANCHESTER, CT. 06042

860-254-5506

April 2, 2007

Clerk of the Court
Please Mail me a
Stamp Copy of this filing

4