**RECEIVED**

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

MAY 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Herschel Collins*

USCA No. _07-5110_

v.

*U.S. Dept of Interior, et al*

USDC No. _05-2142 (RJL)_

**ORIGINAL**

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, _Herschel Collins_, declare that I am the

☐ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached.

I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*)

Signature _Herschel Coll___
Name of *Pro Se* Litigant (PRINT) _Herschel Collins_
Address _(PMB-161) 1131-0 Tolland Turnpike_
_Manchester, CT  06042_

Submit original with a certificate of service to:

Clerk, U.S. Court of Appeals
for the D.C. Circuit
Rm. 5423, E. Barrett Prettyman U.S. Courthouse
Washington, DC 20001

[USCA Form 53 (Rev. Jan. 1997, Jan. 2003)]

## Affidavit Accompanying Motion for
## Permission to Appeal in Forma Pauperis

United States Court of Appeals for the
District of Columbia Circuit

_Herschel Collins_

Case No. _05-2142 (RJL)_

v.

_U.S. Dept of Interior, ETAL_

..............................................................

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: _[signature]_    Date: _4/9/07_

..............................................................

My issues on appeal are: The Presiding Judge Refused To Allow the Clerk To Issue Default Pursuant To Rule 55a. Judge Leon, Ruled And Denied Default Judgment pursuant To Rule 55b. Plaintiff prose, Has only filed a motion To the Clerk of the Court for Default, when Defendants Are Served Summons And Complaint, Pursuant To Rule 4 of the federal Rules of Civil Procedure. Judge Leon, Continues To Demand Adequate Proof of Serve, I Have Summitted a Return of Service form, where the U.S. Attorney Excepted Service for the U.S. Government, And Two federally Recognized Indian Tribes, the U.S. Constitution Gives the U.S. Government Authority over Indian Tribes. On Treatie Law And not the States, Judge Leon Rules on Something I Have Never Requested of Judge Leon, Default Judgment 55b.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
| --- | --- | --- | --- | --- |
| | You | Spouse | You | Spouse |
| Employment | $_____ | $_____ | $_____ | $_____ |
| Self-employment | $_____ | $_____ | $_____ | $_____ |
| Income from real property (such as rental income) | $_____ | $_____ | $_____ | $_____ |
| Interest and dividends | $_____ | $_____ | $_____ | $_____ |
| Gifts | $_____ | $_____ | $_____ | $_____ |
| Alimony | $_____ | $_____ | $_____ | $_____ |
| Child support | $_____ | $_____ | $_____ | $_____ |
| Retirement (such as social security, pensions, annuities, insurance) | $_____ | $_____ | $_____ | $_____ |
| Disability (such as social security, insurance payments) | $_____ | $_____ | $_____ | $_____ |
| Unemployment payments | $_____ | $_____ | $_____ | $_____ |
| Public-assistance (such as welfare) | $_____ | $_____ | $_____ | $_____ |
| Other (specify): V.A. Disability | $2,300 | $_____ | $_____ | $_____ |
| Total monthly income: | $2,360 | $_____ | $_____ | $_____ |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
| --- | --- | --- | --- |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
| --- | --- | --- | --- |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

4. How much cash do you and your spouse have? $ _0_

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value)            Other real estate (Value)       Motor vehicle # 1 _____(Value)
_____               _____                        Make & year: _____
_____               _____                        Model: _____
_____               _____                        Registration #: _____

Motor vehicle #2 _____(Value)    Other Assets (Value)       Other Assets (Value)
Make & year: _____               _____                   _____
Model: _____                     _____                   _____
Registration #: _____            _____                   _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| U.S. Government | 40% Settlement | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age | |
|---|---|---|---|
| Estelle Collins | wife | 50 | Injured |
| Georgia Jackson | mother | 84 | Disabled |
| Jouan Wooten | son | 27 | Student |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $800 | $ |
| Are real-estate taxes included? | [ ] Yes  [ ] No | |
| Is property insurance included? | [ ] Yes  [ ] No | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $160 | $ |
| Home maintenance (repairs and upkeep) | $100 | $ |
| Food | $350 | $ |
| Clothing | $375 | $ |
| Laundry and dry-cleaning | $100 | $ |
| Medical and dental expenses | $1,500 | $3,000 |
| Transportation (not including motor vehicle payments) | $200 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | $275 | $ |
|   Homeowner's or renter's | $425 | $ |
|   Life | $ | $ |
|   Health | $ | $ |
|   Motor Vehicle | $ ~~~~ | $ |
|   Other: _____ | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ | $ |
| Installment payments | $ ~~~~ | $ 415 |
|   Motor Vehicle | $915.00 | $ |
|   Credit card (name): _____ | $ ~~~~ | $ 50.00 |
|   Department store (name): _____ | $ | $ |
|   Other: _____ | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): _____ | $ | $ |
| Total monthly expenses: | $5,390.00 | $3,465.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[X] Yes   [ ] No   If yes, describe on an attached sheet. When I Complete this Case for the U.S. Government Docket # 05-2142 Sealing Away what I Came To Court for. I filed for Default Rule 55a 1/11/06 And To this Date Judge Leon will not Allow the Clerk of the Court To Do there Job And Issue Default Against the Two Indian Tribes who ask To Be Back under U.S. protection + not the STATE Government

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form? [ ] Yes  [X] No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:
_____
_____
_____

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
[ ] Yes  [X] No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:
_____
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. I Am a 100% Disabled Veteran And Unemployable Except the Volunteer work for the U.S. Government Since 911 Claim # 29499768, Dept of Veteran Affairs Identify theft Victims.

13. State the address of your legal residence.
PMB-161
1131-0 Tolland Turnpike
Manchester, CT. 06042

Your daytime phone number: (860) 254-5506
Your age: 57   Your years of schooling: 16
Your social-security number: 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

[USCA Form 53a (Rev. Dec. 1998, Jan. 2003)]

Certification

I certify a copy of this filing was to be sent to the Mashantucket Pequots and Mohegan Tribal Nation except they failed to appear in U.S.D.C. for the D.C. Pursuant to Rule 4. I filed Default pursuant to Rule 55a of the F.R.C.P. to the clerk of the Court Docket # 05-2142(RJL) Judge Leon would not allow the clerk of the U.S. District Court for the District of Columbia. Judge Leon was ruling on Default Judgment pursuant to Rule 55b. I had never requested Default Judgment pursuant to Rule 55b from Judge Leon. I only have petitioned the clerk of the Court for Default only Rule 55a..

Therefore I cannot certify I send notice to the Defaulted Defendants

Judge Leon has state he wanted adequate proof of serve, I have submitted a return of service on the U.S. Attorney. The U.S. Attorney General has stated the U.S. Constitution give the U.S. Government the Authority to take service for the Indian, Because of Treatie Law.

Instead of Appeal writ of Mandamus H.C.

Herschel Collins, Prose
Plaintiff
PMB-161
1131-O Tolland Turnpike
Manchester, CT. 06042
860-254-5506
April 10, 2007